**Fill in this information to identify the case:**

Debtor name    **Hadsell Chemical Processing, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF OHIO

Case number (if known)    **2:17-bk-52717**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June  1, 2017          X /s/ Donald A. Hadsell
                                       Signature of individual signing on behalf of debtor

                                       **Donald A. Hadsell**
                                       Printed name

                                       **General Manager**
                                       Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Hadsell Chemical Processing, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF OHIO

Case number (if known) **2:17-bk-52717**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals        **12/15**

| Part 1: | Summary of Assets |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*.................................................................................... $     **2,500,000.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*................................................................................ $     **200,345.00**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*.................................................................................. $     **2,700,345.00**

| Part 2: | Summary of Liabilities |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $     **11,751,755.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $     **35,072.48**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$     **3,995,144.43**

4.  Total liabilities ...................................................................................................
    Lines 2 + 3a + 3b              $     **15,781,971.91**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **Hadsell Chemical Processing, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF OHIO

Case number (if known)   **2:17-bk-52717**

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **5/3 Bank- Checking Account** | | | $0.00 |
| 3.2. **Simple Retirement Plan** | | | $0.00 |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**

| | |
|---|---|
| Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $0.00 |

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.     **Accounts receivable**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Hadsell Chemical Processing, LLC** | Case number *(If known)* **2:17-bk-52717** |
|---|---|---|
| | Name | |

| 11b. Over 90 days old: | **0.00** | - | **0.00** | =.... | **Unknown** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | **$0.00** |
|---|---|---|
| | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | |

**Part 4:** Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity: | % of ownership | |
| 15.1. | **Waverly Metal Group, LLC (Dissolved)** | unknown % | **Unknown** |
| 15.2. | **Relevant Compounding LLC** | Unknown % | **Unknown** |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |

| 17. | **Total of Part 4.** | **$0.00** |
|---|---|---|
| | Add lines 14 through 16. Copy the total to line 83. | |

**Part 5:** Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:** Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:** Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Hadsell Chemical Processing, LLC**                        Case number *(If known)* **2:17-bk-52717**
_____
Name

| 39. | Office furniture | | |
|---|---|---|---|
| | De minimis office furniture | Unknown | Unknown |

| 40. | **Office fixtures** |
|---|---|

| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | |
|---|---|---|---|
| | Miscellaneous computer equipment | Unknown | Unknown |

42.    **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| 43. | **Total of Part 7.** | $0.00 |
|---|---|---|
| | Add lines 39 through 42.  Copy the total to line 86. | |

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Equipment | Unknown | | Unknown |

| 51. | **Total of Part 8.** | $0.00 |
|---|---|---|
| | Add lines 47 through 50.  Copy the total to line 87. | |

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| Debtor | **Hadsell Chemical Processing, LLC** | Case number *(If known)* | **2:17-bk-52717** |
|---|---|---|---|
| | Name | | |

---

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **9329 State Route 220, Waverly, OH 45690** | **Fee Simple** | **Unknown** | **Appraisal** | **$2,500,000.00** |

56.  **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| **$2,500,000.00** |
|---|

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

---

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

---

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71.  **Notes receivable**
Description (include name of obligor)

| | Total face amount | doubtful or uncollectible amount | |
|---|---|---|---|
| **Relevant Compounding** | 320,483.00  - | 320,483.00  = | **$0.00** |
| **Tom Schulte** | 200,345.00  - | 0.00  = | **$200,345.00** |

---

| Debtor | **Hadsell Chemical Processing, LLC** | | Case number *(If known)* **2:17-bk-52717** |
|---|---|---|---|
| | Name | | |

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

**Possible causes of action against Robert Walton Jr.**        Unknown

| Nature of claim | Mismanagement/Misappropriati on of Funds |
|---|---|
| Amount requested | $0.00 |

**Possible claims against Integrated Recovery Resource**        Unknown

| Nature of claim | Breach of contract |
|---|---|
| Amount requested | $0.00 |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.        $200,345.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☐ No
☑ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **Hadsell Chemical Processing, LLC**                              Case number *(If known)*  **2:17-bk-52717**
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...............................> | | $2,500,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $200,345.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $200,345.00 | + 91b. $2,500,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $2,700,345.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Hadsell Chemical Processing, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF OHIO

Case number (if known)    **2:17-bk-52717**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

| | | Column A | Column B |
|---|---|---|---|
| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | **Amount of claim**<br><br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **Advantaira Trust FBO Chris Yerrington** | | |
|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | Unknown / Unknown |

**Advantaira Trust FBO Chris Yerrington**
Creditor's Name

**1520 Royal Palm Square Blvd., #320**
**Fort Myers, FL 33919**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Loan/Investment-Blanket lien**

Amount of claim: **Unknown**          Value of collateral: **Unknown**

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

**Date debt was incurred**

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

**Advantaira Trust FBO Christian Bonasso**
Creditor's Name

**1520 Royal Palm Square Blvd., #320**
**Fort Myers, FL 33919**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Loan/Investment- Blanket lien**

Amount of claim: **$1,000,000.00**          Value of collateral: **Unknown**

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

**Date debt was incurred**

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Hadsell Chemical Processing, LLC**
Name

Case number (if know)   **2:17-bk-52717**

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ **No**
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.3 | **Advantaira Trust FBO Christina Britton** | Describe debtor's property that is subject to a lien | $600,000.00 | Unknown |

Creditor's Name

**1520 Royal Palm Square Blvd., #320**
**Fort Myers, FL 33919**
Creditor's mailing address

**Loan/Investment- Blanket lien**

**Describe the lien**

**Is the creditor an insider or related party?**
☐ **No**
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ **No**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ **No**
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Advantaira Trust FBO Jacquie Sells** | Describe debtor's property that is subject to a lien | $250,000.00 | Unknown |

Creditor's Name

**1520 Royal Palm Square Blvd., #320**
**Fort Myers, FL 33919**
Creditor's mailing address

**Loan/Investment- Blanket lien**

**Describe the lien**

**Is the creditor an insider or related party?**
☐ **No**
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ **No**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ **No**
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Advantaira Trust FBO James Boone** | Describe debtor's property that is subject to a lien | $100,000.00 | Unknown |

Creditor's Name

**1520 Royal Palm Square Blvd., #320**
**Fort Myers, FL 33919**
Creditor's mailing address

**Loan/Investment- Blanket lien**

**Describe the lien**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| | |
|---|---|
| Debtor **Hadsell Chemical Processing, LLC** | Case number (if know) **2:17-bk-52717** |
| Name | |

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Creditor's email address, if known**

_____

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Advantaira Trust FBO Lori Dawn Meyers** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**1520 Royal Palm Square Blvd., #320**
**Fort Myers, FL 33919**

Creditor's mailing address

**Creditor's email address, if known**

_____

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Loan/Investment-Blanket Lien**

**Describe the lien**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.7 | **Advantaira Trust FBO Mark Sells** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**1520 Royal Palm Square Blvd., #320**
**Fort Myers, FL 33919**

Creditor's mailing address

**Creditor's email address, if known**

_____

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Loan/Investment- Blanket Lien**

**Describe the lien**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor   **Hadsell Chemical Processing, LLC**                                    Case number (if know)   **2:17-bk-52717**
          Name

■ No                                          ☐ Contingent
☐ Yes. Specify each creditor,                 ☐ Unliquidated
including this creditor and its relative      ☐ Disputed
priority.

---

| 2.8 | **Advantaira Trust FBO** | | |
|-----|-------------------------|---|---|

**Robert Stockett**
Creditor's Name

**1520 Royal Palm Square Blvd., #320**
**Fort Myers, FL 33919**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**        $75,000.00     Unknown
**Loan/Investment- Blanket lien**

**Describe the lien**

**Is the creditor an insider or related party?**
Creditor's email address, if known          ■ No
                                            ☐ Yes
                                            **Is anyone else liable on this claim?**
**Date debt was incurred**                  ■ No
                                            ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**           **As of the petition filing date, the claim is:**
**interest in the same property?**          Check all that apply
■ No                                        ☐ Contingent
☐ Yes. Specify each creditor,               ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

---

| 2.9 | **Advantaira Trust FBO** | | |
|-----|-------------------------|---|---|

**Steve Voto**
Creditor's Name

**1520 Royal Palm Square Blvd., #320**
**Fort Myers, FL 33919**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**        $300,000.00     Unknown
**Loan/Investment- Blanket lien**

**Describe the lien**

**Is the creditor an insider or related party?**
Creditor's email address, if known          ■ No
                                            ☐ Yes
                                            **Is anyone else liable on this claim?**
**Date debt was incurred**                  ■ No
                                            ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**           **As of the petition filing date, the claim is:**
**interest in the same property?**          Check all that apply
■ No                                        ☐ Contingent
☐ Yes. Specify each creditor,               ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

---

| 2.1 0 | **Advantaira Trust FBO** | | |
|-------|-------------------------|---|---|

**William Zerick**
Creditor's Name

**1520 Royal Palm Square Blvd., #320**
**Fort Myers, FL 33919**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**        Unknown     Unknown
**Loan/Investment-Blanket lien**

**Describe the lien**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

| Debtor | **Hadsell Chemical Processing, LLC** | Case number (if know) | **2:17-bk-52717** |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known
_____

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **Brian Spires** | Describe debtor's property that is subject to a lien | $300,000.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Loan/Investment- Blanket lien** | | |

**4511 Central College Road
Westerville, OH 43081**
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known
_____

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **Christian Bonasso** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Loan/Investment-Blanket lien** | | |

**2262 Yorkshire Rd
Columbus, OH 43221**
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known
_____

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 5 of 17

| Debtor | **Hadsell Chemical Processing, LLC** | Case number (if known) | **2:17-bk-52717** |
|---|---|---|---|
| | Name | | |

---

| **2.13** | **Christina Britton** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**7355 Southfield
New Albany, OH 43054**

Creditor's mailing address

**Loan/Investment- Blanket lien**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| **2.14** | **Christopher Yerington Self Directed IRA** | Describe debtor's property that is subject to a lien | $1,497,966.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Attn: Richard T. Ricketts
50 Hill Road South
Pickerington, OH 43147**

Creditor's mailing address

**Blanket lien on assets**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| **2.15** | **Corporate Service Company** | Describe debtor's property that is subject to a lien | $29,801.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**801 Adlai Stevenson Drive
Springfield, IL 62703**

Creditor's mailing address

**Various equipment**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Official Form 206D              Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**              page 6 of 17

| Debtor | Hadsell Chemical Processing, LLC | Case number *(if know)* | 2:17-bk-52717 |
|---|---|---|---|
| | Name | | |

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 6 | **Custer Management Inc. 401k FBO** | | |
|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | Unknown |  Unknown |
| | **Christopher Henneforth** | **Loan/Investment- Blanket lien** | | |
| | **14 S. High Street, PO Box 673** | | | |
| | **New Albany, OH 43054** | | | |
| | Creditor's mailing address | **Describe the lien** | | |

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 7 | **Custer Management Inc. 401k FBO** | | |
|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | Unknown |  Unknown |
| | **Martha Kashner** | **Loan/Investment- Blanket lien** | | |
| | **14 S. High Street, PO Box 673** | | | |
| | **New Albany, OH 43054** | | | |
| | Creditor's mailing address | **Describe the lien** | | |

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 8 | **Dawn Stanislaw Living Trust** | **Describe debtor's property that is subject to a lien** | $195,000.00 | Unknown |
|---|---|---|---|---|

---

Debtor    **Hadsell Chemical Processing, LLC**          Case number (if know)    **2:17-bk-52717**
_____
Name

Creditor's Name          **Loan/Investment- Blanket lien**

**4254 N. Richmond Street**
**Chicago, IL 60618**
Creditor's mailing address          **Describe the lien**

                                      **Is the creditor an insider or related party?**
                                      ■ No
Creditor's email address, if known    ☐ Yes
                                      **Is anyone else liable on this claim?**
**Date debt was incurred**            ■ No
                                      ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**    **As of the petition filing date, the claim is:**
**interest in the same property?**    Check all that apply
■ No                                  ☐ Contingent
☐ Yes. Specify each creditor,         ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.

---

| 2.1 9 | **Dolores Bryant** | Describe debtor's property that is subject to a lien | $200,000.00 | Unknown |

Creditor's Name          **Mortgage dated 8.13.13**

**121 Brammer Drive**
**Coal Grove, OH 45638**
Creditor's mailing address          **Describe the lien**

                                      **Is the creditor an insider or related party?**
                                      ■ No
Creditor's email address, if known    ☐ Yes
                                      **Is anyone else liable on this claim?**
**Date debt was incurred**            ■ No
                                      ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**    **As of the petition filing date, the claim is:**
**interest in the same property?**    Check all that apply
■ No                                  ☐ Contingent
☐ Yes. Specify each creditor,         ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.

---

| 2.2 0 | **Elizabeth M. Custer Self Directed IRA** | Describe debtor's property that is subject to a lien | Unknown | Unknown |

Creditor's Name          **Loan/Investment- Blanket lien**

**4072 Goose Lane**
**Granville, OH 43023**
Creditor's mailing address          **Describe the lien**

                                      **Is the creditor an insider or related party?**
                                      ■ No
Creditor's email address, if known    ☐ Yes
                                      **Is anyone else liable on this claim?**
**Date debt was incurred**            ■ No
                                      ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Hadsell Chemical Processing, LLC**

Name

Case number (if know) **2:17-bk-52717**

---

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 1 | **First National Bank of Waverly** | | |
|---|---|---|---|

Creditor's Name

**107 N. Market
Waverly, OH 45690**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**9329 State Route 220, Waverly, OH 45690**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

$1,256,700.00     $2,500,000.00

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 2 | **Heidi Kovack** | | |
|---|---|---|---|

Creditor's Name

**8239 Bibury Lane
Dublin, OH 43016**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Various equipment**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

$100,000.00     Unknown

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 3 | **Integrated Resource Recovery Inc.** | | |
|---|---|---|---|

Creditor's Name

**1650 Borel Place, Suite 200
San Mateo, CA 94402**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Various equipment**

**Describe the lien**

$896,236.00     Unknown

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 9 of 17

Debtor  **Hadsell Chemical Processing, LLC**                            Case number (if know)  **2:17-bk-52717**
_____                        _____
        Name

**Is the creditor an insider or related party?**

Creditor's email address, if known                  ☑ No
_____                     ☐ Yes

**Date debt was incurred**                          **Is anyone else liable on this claim?**

                                                    ☑ No
**Last 4 digits of account number**                 ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**                   **As of the petition filing date, the claim is:**
**interest in the same property?**                  Check all that apply

☑ No                                                ☐ Contingent
☐ Yes. Specify each creditor,                        ☐ Unliquidated
including this creditor and its relative             ☑ Disputed
priority.

---

| 2.2 4 | **Internal Revenue Service** | Describe debtor's property that is subject to a lien | $657,925.00 | Unknown |

|       Creditor's Name

**PO Box 7346**
**Philadelphia, PA**
**19101-7346**
Creditor's mailing address                          **Tax Liens**

                                                    **Describe the lien**

                                                    **Is the creditor an insider or related party?**

Creditor's email address, if known                  ☑ No
_____                     ☐ Yes

**Date debt was incurred**                          **Is anyone else liable on this claim?**

                                                    ☐ No
**Last 4 digits of account number**                 ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**                   **As of the petition filing date, the claim is:**
**interest in the same property?**                  Check all that apply

☑ No                                                ☐ Contingent
☐ Yes. Specify each creditor,                        ☐ Unliquidated
including this creditor and its relative             ☐ Disputed
priority.

---

| 2.2 5 | **Lori D. Meyers Self Direct IRA** | Describe debtor's property that is subject to a lien | $2,068,786.00 | Unknown |

|       Creditor's Name

**Attn: Richard T. Ricketts**
**50 Hill Road South**
**Pickerington, OH 43147**
Creditor's mailing address                          **Blanket lien on assets**

                                                    **Describe the lien**

                                                    **Is the creditor an insider or related party?**

Creditor's email address, if known                  ☑ No
_____                     ☐ Yes

**Date debt was incurred**                          **Is anyone else liable on this claim?**

                                                    ☐ No
**Last 4 digits of account number**                 ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**                   **As of the petition filing date, the claim is:**
**interest in the same property?**                  Check all that apply

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **Hadsell Chemical Processing, LLC**
_____
Name

Case number (if know)   **2:17-bk-52717**
_____

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
_____

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 6 | **Mark Sells** |
|---|---|

Creditor's Name

**6105 Bremen Road SE
Lancaster, OH 43130**
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
_____

Describe debtor's property that is subject to a lien
**Loan/Investment- Blanket lien**
_____

Describe the lien
_____

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

---

| 2.2 7 | **Michael Ramicone** |
|---|---|

Creditor's Name

**2863 Creekwood Estates
Drive
Blacklick, OH 43004**
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
_____

Describe debtor's property that is subject to a lien
**Loan/Investment- Blanket lien**
_____

Describe the lien
_____

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$275,000.00          Unknown

---

| 2.2 8 | **Milan Herceg** |
|---|---|

Creditor's Name

**10152 Archer Lane
Dublin, OH 43017**
_____
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Loan/Investment- Blanket lien**
_____

Describe the lien

$300,000.00          Unknown

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor    **Hadsell Chemical Processing, LLC**                                    Case number (if know)    **2:17-bk-52717**
          Name

|  |  |
|---|---|
| | **Is the creditor an insider or related party?** |
| Creditor's email address, if known | ■ No |
| | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 9 | **Ohio Bureau of Workers' Compensation** | Describe debtor's property that is subject to a lien | $5,769.00 | Unknown |
|---|---|---|---|---|

|  |  |
|---|---|
| Creditor's Name | **Liens; Workers Compensation** |
| **Attn. Law Section Bankruptcy Unit P.O. Box 15667 Columbus, OH 43215** | |
| Creditor's mailing address | **Describe the lien** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 0 | **Ohio Department of Job & Family Services** | Describe debtor's property that is subject to a lien | $38,659.00 | Unknown |
|---|---|---|---|---|

|  |  |
|---|---|
| Creditor's Name | **Unemployment Comp Liens** |
| **Office of Legal Services 30 E. Broad Street, 31st Floor Columbus, OH 43215** | |
| Creditor's mailing address | **Describe the lien** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Hadsell Chemical Processing, LLC | Case number (if know) | 2:17-bk-52717 |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3 1**

**Rhonda L. Bame**

Creditor's Name

**400 Sunset Drive
Ashland, KY 41101**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**Mortage recorded 8.13.13;
Mortgage recorded 1.9.15
Mortgage recorded 1.9.15**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$155,000.00    Unknown

---

**2.3 2**

**Sam Bishop, Josh and
Sarah Bowmar**

Creditor's Name

**Attn: Crabbe Brown &
James LLP
500 S. Front Street, Suite
1200
Columbus, OH 43215**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**Blanket lien on assets**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$274,210.00    Unknown

---

**2.3 3**

**Secured Lender Solutions
LLC**

Creditor's Name

**PO Box 2576
Springfield, IL 62708**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**Various equipment**

**Describe the lien**

Unknown    Unknown

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor   **Hadsell Chemical Processing, LLC**                                                      Case number (if know)   **2:17-bk-52717**
_____
Name

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.3 4 | **The Director of Development, State of OH** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**Various equipment**

**77 S. High St**
**Columbus, OH 43215**
Creditor's mailing address

**Describe the lien**

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.3 5 | **Tom Kovack** | Describe debtor's property that is subject to a lien | **$550,000.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**Loan/Investment- Blanket lien**

**8239 Bibury Lane**
**Dublin, OH 43016**
Creditor's mailing address

**Describe the lien**

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Hadsell Chemical Processing, LLC** | Case number (if know) | **2:17-bk-52717** |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 6 | **Two J's Investment** | Describe debtor's property that is subject to a lien | **$493,750.00** | **Unknown** |

Creditor's Name

**2529 South 11th Street
Ironton, OH 45638**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**Mortage recorded 1.9.15**

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.3 7 | **U.S. Bank Equipment Finance** | Describe debtor's property that is subject to a lien | **$6,953.00** | **Unknown** |

Creditor's Name

**1310 Madrid Street
Marshall, MN 56258**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**Various equipment**

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 8 | **William M. Custer Self Directed IRA** | Describe debtor's property that is subject to a lien | **$125,000.00** | **Unknown** |

Creditor's Name

**4072 Goose Lane
Granville, OH 43023**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**Loan/Investment- Blanket lien**

Describe the lien

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

Debtor   **Hadsell Chemical Processing, LLC**                              Case number (if know)   **2:17-bk-52717**
_____
Name

|  | **Is the creditor an insider or related party?** |
|---|---|
| _____ | ■ No |
| Creditor's email address, if known | ☐ Yes |
|  | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
|  | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** |  |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
|  | ☐ Unliquidated |
|  | ☐ Disputed |

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   | **$11,751,755.00** |

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Chris Henneforth**<br>**10440 Delwood Pl**<br>**Powell, OH 43065** | Line _2.16_ |  |
| **Christian Bonasso**<br>**2262 Yorkshire Rd**<br>**Columbus, OH 43221** | Line _2.2_ |  |
| **Christina Britton**<br>**7355 Southfield**<br>**New Albany, OH 43054** | Line _2.3_ |  |
| **Dawn Stanislaw**<br>**Attn: John Stock**<br>**41 S. High Street, Suite 2600**<br>**Columbus, OH 43215** | Line _2.18_ |  |
| **Direct Capital**<br>**155 Commerce Way**<br>**Portsmouth, NH 03801** | Line _2.15_ |  |
| **James Boone**<br>**Attn: John Stock**<br>**41 S. High Street, Suite 2600**<br>**Columbus, OH 43215** | Line _2.5_ |  |
| **Mark and Jackie Sells**<br>**6105 Bremen Road SE**<br>**Lancaster, OH 43130** | Line _2.4_ |  |
| **Mark and Jackie Sells**<br>**6105 Bremen Road SE**<br>**Lancaster, OH 43130** | Line _2.7_ |  |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Hadsell Chemical Processing, LLC** | Case number (if know) | **2:17-bk-52717** |
|--------|--------------------------------------|------------------------|-------------------|
| | Name | | |

**Martha Kashner**
**Attn: John Stock**
**41 S. High Street, Suite 2600**
**Columbus, OH 43215**

Line __2.17__

---

**Robert Stocket**
**1520 Royal Palm Square Blvd, #320**
**Fort Myers, FL 33919**

Line __2.8__

---

**Steve Voto**
**Attn: John Stock**
**41 S. High Street, Suite 2600**
**Columbus, OH 43215**

Line __2.9__

---

**Steven E. Miller**
**Crabbe Brown Jones Potts**
**500 S. Front Street, Suite 1200**
**Columbus, OH 43215**

Line __2.32__

---

**William & Elizabeth Custer**
**4072 Goose Lane**
**Granville, OH 43023**

Line __2.38__

---

**William & Elizabeth Custer**
**4072 Goose Lane**
**Granville, OH 43023**

Line __2.20__

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Hadsell Chemical Processing, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF OHIO

Case number (if known)  **2:17-bk-52717**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Cathy L. Beekman**<br>**90 Rainbow Trail**<br>**Waverly, OH 45690** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$960.00** | **Unknown** |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Gross wages** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| 2.2 | Priority creditor's name and mailing address<br>**City of Waverly, Income Tax Dept**<br>**PO Box 427**<br>**Waverly, OH 45690** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,244.00** | **$2,244.00** |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Withholdings** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    30064                    Best Case Bankruptcy

| Debtor | **Hadsell Chemical Processing, LLC** | Case number (if known) | **2:17-bk-52717** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,442.00 | Unknown |
|---|---|---|---|---|

**Cody S. Dewitt**
**3929 State Route 220**
**Waverly, OH 45690**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Gross wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,626.00 | $2,626.00 |
|---|---|---|---|---|

**Colorado Department of Revenue**
**PO Box 17087**
**Denver, CO 80217**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Withholdings**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,000.00 | Unknown |
|---|---|---|---|---|

**Deanna R. Ervin**
**199 South David Ave**
**Jackson, OH 45640**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Gross wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $800.00 | Unknown |
|---|---|---|---|---|

**George R. Williams**
**2823 Germany Road**
**Beaver, OH 45613**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Gross wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (3)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Hadsell Chemical Processing, LLC** | Case number (if known) | **2:17-bk-52717** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,769.00** | **Unknown** |
|---|---|---|---|---|

**Gregory T. Schulte**
**8022 E. Bucknell Place**
**Denver, CO 80231**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Gross wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,520.00** | **Unknown** |
|---|---|---|---|---|

**Joshua A. Obetz**
**2873 Germany Road**
**Beaver, OH 45613**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Gross wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,372.48** | **Unknown** |
|---|---|---|---|---|

**Ohio Bureau of Workers'**
**Compensation**
**Attn. Law Section Bankruptcy Unit**
**P.O. Box 15667**
**Columbus, OH 43215**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Workers compensation premiums**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$13,416.00** | **Unknown** |
|---|---|---|---|---|

**Ohio Department of Job & Family**
**Services**
**Office of Legal Services**
**30 E. Broad Street, 31st Floor**
**Columbus, OH 43215**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unemployment**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Hadsell Chemical Processing, LLC** | Case number (if known) | **2:17-bk-52717** |
|---|---|---|---|
| | Name | | |

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Ohio Department of Taxation**
**Attn: Bankruptcy Division**
**PO Box 530**
**Columbus, OH 43216-0530**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Withholdings**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Ohio Department of Taxation**
**Attn: Bankruptcy Division**
**PO Box 530**
**Columbus, OH 43216-0530**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**CAT Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,923.00** | **Unknown** |
|---|---|---|---|---|

**Scott Evans**
**PO Box 1**
**Ironton, OH 45638**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Gross wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150,000.00** |
|---|---|---|---|

**3 S Development**
**c/o Mohammad M. Kalo, Agent**
**8669 Hillcrest Drive**
**Wheelersburg, OH 45694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$795.87** |
|---|---|---|---|

**A.E. Ruston Electric**
**121 North David Avenue**
**OH 45640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Hadsell Chemical Processing, LLC** | Case number (if known) | **2:17-bk-52717** |
|---|---|---|---|
| | Name | | |

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,166.30**

**Accutek Packaging Company**
**1399 Specialty Drive**
**CA 92081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,969.17**

**AEP**
**PO Box 24002**
**Canton, OH 44701-4002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **9503**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$96.57**

**AEP**
**PO Box 24002**
**Canton, OH 44701-4002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **5103**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,035.15**

**AEP**
**PO Box 24002**
**Canton, OH 44701-4002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **5102**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,868.57**

**AEP**
**PO Box 24002**
**Canton, OH 44701-4002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **5108**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,070.10**

**Airgas USA, LLC**
**PO Box 802576**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **1050**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$30,722.00**

**APEG**
**PO Box 456**
**Nelsonville, OH 45764**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Hadsell Chemical Processing, LLC** | Case number (if known) | **2:17-bk-52717** |
|---|---|---|---|
| | Name | | |

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,630.00 |
|---|---|---|---|

**Biocide Supplements**
459 East 4th Street
Los Angeles, CA 90013

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Buckeye Health and Wellness, LLC**
Attn: Scott Davis
311 South Third Street
Ironton, OH 45638

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Affiliate**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,363.72 |
|---|---|---|---|

**C & J Electric**
305 E. Emmitt Ave.
Waverly, OH 45690

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cab East, LLC**
c/o Michael Berkowitz
75 Public Square 4th Floor
Cleveland, OH 44113

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,959.50 |
|---|---|---|---|

**Capsugel US, LLC**
535 North Emerald Road
Greenwood, SC 29646

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,739.00 |
|---|---|---|---|

**Cardmember Services**
PO Box 94014
Palatine, IL 60094

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Chase Ink**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,675.00 |
|---|---|---|---|

**Cargill, Incorporated**
PO Box 98220
Chicago, IL 60693-8220

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Hadsell Chemical Processing, LLC** | Case number (if known) | **2:17-bk-52717** |
|---|---|---|---|
| | Name | | |

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,810.00** |
|---|---|---|---|

**Carrier Vibrating Equipment, Inc.**
**PO Box 37070**
**Louisville, KY 40233-7070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Charles Howard**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$660.00** |
|---|---|---|---|

**Cincinnati Life Insurance**
**6200 S. Gilmore Road**
**Fairfield, OH 45014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Premiums**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,918.44** |
|---|---|---|---|

**Cintas Corporation #530**
**PO Box 630803**
**Cincinnati, OH 45263-0803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5002**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$97,500.00** |
|---|---|---|---|

**Clyde Brooks**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,569.83** |
|---|---|---|---|

**Compounders Depot**
**PO Box 1607**
**Lucedale, MS 39452**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Copi Consulting LLC**
**c/o Vincete Sederberg LLC**
**1244 Grant Street**
**Denver, CO 80203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Hadsell Chemical Processing, LLC | Case number (if known) | 2:17-bk-52717 |
|---|---|---|---|
| | Name | | |

---

**3.24** | Nonpriority creditor's name and mailing address
**Coppel Coal And Supply**
**452 South Paint Street**
**Chillicothe, OH 45601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$190.34

---

**3.25** | Nonpriority creditor's name and mailing address
**Dave Peabody**
**6905 McNeil Drive**
**Dublin, OH 43017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No  ☐ Yes

$200,000.00

---

**3.26** | Nonpriority creditor's name and mailing address
**David B. Hanzel, M.D.**
**3230 Chateau Drive**
**Portsmouth, OH 45662-2470**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Relevant Compounding Investment**

Is the claim subject to offset? ■ No  ☐ Yes

$30,000.00

---

**3.27** | Nonpriority creditor's name and mailing address
**David Cox**
**7361 Mapleleaf Blvd.**
**Columbus, OH 43235**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No  ☐ Yes

$25,000.00

---

**3.28** | Nonpriority creditor's name and mailing address
**David Duck Hanzel**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Relevant Compounding Investment**

Is the claim subject to offset? ■ No  ☐ Yes

$50,000.00

---

**3.29** | Nonpriority creditor's name and mailing address
**David Hanzel, Jr.**
**6550 Jo Ell Lane**
**Wheelersburg, OH 45694**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$203.13

---

**3.30** | Nonpriority creditor's name and mailing address
**David Provaznik**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Relevant Compounding Investment**

Is the claim subject to offset? ■ No  ☐ Yes

$30,000.00

---

| Debtor | **Hadsell Chemical Processing, LLC** | Case number (if known) | **2:17-bk-52717** |
|---|---|---|---|
| | Name | | |

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$150,000.00** |
|---|---|---|---|

**David Seif**
**79 Baywood Lane**
**Waverly, OH 45690**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Delores Bryant**
**121 Brammer Drive**
**Ironton, OH 45638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,162.66** |
|---|---|---|---|

**Dinsmore & Shohl**
**255 East Fifth Street, Suite 1900**
**Cincinnati, OH 45202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Don Hadsell**
**Attn: Larry J. McClatchey**
**65 E. State St., Suite 1800**
**Columbus, OH 43215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Loans**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$75,516.91** |
|---|---|---|---|

**Donald E. Davis, Pike County Treasurer**
**230 Waverly Plaza # 300**
**Waverly, OH 45690**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,020.28** |
|---|---|---|---|

**EDS Supplements**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Edward Roberts**
**112 Keechle Hillroad**
**Waverly, OH 45690**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hadsell Chemical Processing, LLC** | Case number (if known) | **2:17-bk-52717** |
|---|---|---|---|
| | Name | | |

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Erick D. Bussa**
**8417 Sharon Drive**
**Wheelersburg, OH 45694**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Relevant Compounding Investment**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,328.00** |
|---|---|---|---|

**FBC Chemical Corporation**
**PO Box 599**
**Mars, PA 16046**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$691.84** |
|---|---|---|---|

**Fedco Wholesale Distributors**
**103 Caudill Street**
**Waverly, OH 45690**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,797.73** |
|---|---|---|---|

**Fedex**
**PO Box 371461**
**Pittsburgh, PA 15250-7461**

Date(s) debt was incurred _
Last 4 digits of account number  **4495**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,195.15** |
|---|---|---|---|

**Fedex LTL**
**PO Box 223125**
**Pittsburgh, PA 15251-2125**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,236.95** |
|---|---|---|---|

**Fifth Third Bank**
**303 E Emmitt Ave**
**Waverly, OH 45690**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Overdrawn bank account**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$233,813.56** |
|---|---|---|---|

**First National Bank**
**107 N. Market St.**
**PO Box 147**
 **OH 45690**

Date(s) debt was incurred _
Last 4 digits of account number  **3081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Hadsell Chemical Processing, LLC** | | Case number (if known) | **2:17-bk-52717** |
|---|---|---|---|---|
| | Name | | | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,700.00 |
|---|---|---|---|

**Foill Incorporated**
**201 E. North Street**
**Waverly, OH 45690**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $670.06 |
|---|---|---|---|

**Ford Credit**
**PO Box 650575**
**Dallas, TX 75265-0575**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8735**

Basis for the claim:   **F350**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,703.23 |
|---|---|---|---|

**Ford Credit**
**PO Box 650575**
**Dallas, TX 75265-0575**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Expedition**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,005.79 |
|---|---|---|---|

**Ford Lease**
**PO Box 650575**
**Dallas, TX 75265**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Maroon**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,626.00 |
|---|---|---|---|

**Ford Motor Credit**
**PO Box 790093**
**Saint Louis, MO 63179-0093**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Repossessed vehicle**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $742.34 |
|---|---|---|---|

**Foster Ace Hardware**
**617 South West Street**
**Piketon, OH 45661**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $835.12 |
|---|---|---|---|

**Frontier**
**PO Box 20550**
**Henrietta, NY 14602-0550**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7**

Basis for the claim:   **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Hadsell Chemical Processing, LLC | Case number (if known) | 2:17-bk-52717 |
| | Name | | |

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,979.45

**Glacial Energy**
**PO Box 20277**
**TX 76702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  8403

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $629.66

**Grainger Inc.**
**3640 Interchange Rd.**
**Columbus, OH 43204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $402.11

**Helken Equipment**
**171 Erick Street, Unit Q1**
**Crystal Lake, IL 60014-4536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,512.84

**Hertz Equipment Rental**
**14501 Quail Springs Parkway**
**Oklahoma City, OK 73134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  9428

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $664.38

**Horizon Network Partners**
**500 S. Front Street, Suite 850**
**Columbus, OH 43215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  0761

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,435.13

**Interstate Gas Supply**
**5020 Bradenton Avenue**
**Dublin, OH 43017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,203.63

**Iron City**
**330 East Broadway St.**
**PO Box 1085**
**Jackson, OH 45640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hadsell Chemical Processing, LLC** | Case number (if known) | **2:17-bk-52717** |
|---|---|---|---|
| | Name | | |

---

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,058.00** |
|---|---|---|---|

**Jacob Miller**
**1522 George Allen Road**
**Minford, OH 45653**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**James and Jennifer Cook**
**153 Banner Road**
**South Shore, KY 41175**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Relevant Compounding Investment**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**James Kratzenberg**
**P.O. Box 786**
**Ironton, OH 45638**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Loan**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$71,000.00** |
|---|---|---|---|

**Jennifer Ayers**
**7951 Boothbay Ct.**
**Powell, OH 43065-9096**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Loan**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$80,260.33** |
|---|---|---|---|

**Jenny Chamberlin**
**631 Joell Lane**
**Wheelersburg, OH 45694**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Investment**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Jerry Rowe**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Loan**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$45,000.00** |
|---|---|---|---|

**Jerry Rowe, Sr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Loan**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hadsell Chemical Processing, LLC** | Case number (if known) | **2:17-bk-52717** |
|---|---|---|---|
| | Name | | |

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00**

**John Furash**
**2533 Onandaga Drive**
**Columbus, OH 43221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Loan__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,500.00**

**John Uliveto & Associates**
**1724 Greendle Ave.**
**Findlay, OH 45840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.68** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$299,238.67**

**Jonathan M. Eaton**
**7518 Canterbury Road**
**Portsmouth, OH 45662**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Investment__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.69** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,000.00**

**Joshua and Erin Whitley**
**64 Dellenburgh Loop**
**Pataskala, OH 43062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Relevant Compounding Investment__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.70** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$150,000.00**

**K.C. & Pauline Harden**
**123 Greenhouse Rd.**
**South Shore, KY 41175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Loan__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,891.00**

**Kaufman Container**
**1000 Keystone Parkway, Ste. 100**
**PO Box 35902**
**Cleveland, OH 44135-0902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00**

**Kenneth Brown**
**126 Bricker Road**
**Waverly, OH 45690**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Loan__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hadsell Chemical Processing, LLC** | Case number (if known) | **2:17-bk-52717** |
|---|---|---|---|
| | Name | | |

---

**3.73**

**Nonpriority creditor's name and mailing address**

**Klinkers Lumber & Building**
**100 Seventh St.**
**Waverly, OH 45690**

Date(s) debt was incurred _

Last 4 digits of account number  **6268**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$6,573.66**

---

**3.74**

**Nonpriority creditor's name and mailing address**

**L&L Industries**
**500 Industrial Drive**
**White, GA 30184**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,250.00**

---

**3.75**

**Nonpriority creditor's name and mailing address**

**Ligotech USA, Inc.**
**Dept. CH 19667**
**Palatine, IL 60055-9667**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$105.00**

---

**3.76**

**Nonpriority creditor's name and mailing address**

**Lou Bennett**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$50,000.00**

---

**3.77**

**Nonpriority creditor's name and mailing address**

**Lowes/SYNCB**
**PO Box 530914**
**Atlanta, GA 30353**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lowes credit card**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,592.00**

---

**3.78**

**Nonpriority creditor's name and mailing address**

**Manufacturers News Inc.**
**1633 Central St.**
**Evanston, IL 60201-1596**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$182.32**

---

**3.79**

**Nonpriority creditor's name and mailing address**

**Mark Stanley**
**7801 Lanham Court**
**Dublin, OH 43016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No  ☐ Yes

**$300,000.00**

---

| Debtor | **Hadsell Chemical Processing, LLC** | Case number (if known) | **2:17-bk-52717** |
|---|---|---|---|
| | Name | | |

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,885.00** |
|---|---|---|---|

**Mars Mineral**
**128 Myorna Road**
**Mars, PA 16046**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,942.31** |
|---|---|---|---|

**Matthew Nourse**
**1054 Graham Lane**
**Lucasville, OH 45648**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$761.41** |
|---|---|---|---|

**McConkeys Auto Parts**
**112 S. Market Street**
**Waverly, OH 45690**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$664.98** |
|---|---|---|---|

**McGovney**
**PO Box 510**
**55 River Ave**
**Portsmouth, OH 45662**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,849.55** |
|---|---|---|---|

**McMaster-Carr**
**PO Box 7690**
**Chicago, IL 60680-7690**

Date(s) debt was incurred _

Last 4 digits of account number  **7600**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$40,587.59** |
|---|---|---|---|

**Medical Mutual**
**PO Box 951922**
**Cleveland, OH 44193-0021**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$329,000.00** |
|---|---|---|---|

**Michael Blue**
**8223 Bibury Lane**
**Dublin, OH 43016**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Hadsell Chemical Processing, LLC** | Case number (if known) | **2:17-bk-52717** |
|---|---|---|---|
| | Name | | |

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,250.00** |
|---|---|---|---|

**Midori**

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mohamad S. Kalou**
**653 Havenwood Drive**
**Wheelersburg, OH 45694-1905**

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Relevant Compounding Investment**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Molly Herroco**

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,821.75** |
|---|---|---|---|

**Napa**
**221 W. Emmit Ave.**
**Waverly, OH 45690**

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  **2385**

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,000.42** |
|---|---|---|---|

**Nathan Chamberlin**
**631 Joell Lane**
**Wheelersburg, OH 45694**

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,936.00** |
|---|---|---|---|

**Natural Science Creation LLC**
**PO Box 262**
**Big Rock, IL 60511**

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,719.89** |
|---|---|---|---|

**Nexeo Solutions, LLC**
**62190 Collections Center Drive**
**IL 60693-0621**

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  **0802**

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Hadsell Chemical Processing, LLC** | Case number (if known) | **2:17-bk-52717** |
|---|---|---|---|
| | Name | | |

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,165.16** |
|---|---|---|---|

**Northern Safety**
**PO Box 4250**
**Utica, NY 13504-4250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,167.00** |
|---|---|---|---|

**Occidental Chemical Corporation**
**PO Box 809050**
**Dallas, TX 75380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,544.93** |
|---|---|---|---|

**Office City Express**
**25 East Second Street**
**Chillicothe, OH 45601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **3803**

Is the claim subject to offset? ■ No ☐ Yes

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$120.60** |
|---|---|---|---|

**Ohio Bureau Of Employment Services**
**Corporate Processing Dept.**
**Columbus, OH 43271-0977**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **9650**

Is the claim subject to offset? ■ No ☐ Yes

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,951.09** |
|---|---|---|---|

**Pacific Pectin, Inc.**
**PO Box 1933**
**Oakhurst, CA 93644**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$622.60** |
|---|---|---|---|

**Palmer Holland, Inc.**
**PO Box 71-5158**
**Columbus, OH 43271-5158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **8667**

Is the claim subject to offset? ■ No ☐ Yes

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,206.00** |
|---|---|---|---|

**Perry Glass**
**109 W. North Street**
**Waverly, OH 45690**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Hadsell Chemical Processing, LLC** | Case number (if known) | **2:17-bk-52717** |
|---|---|---|---|
| | Name | | |

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$800.00** |

**Pike County Chamber Of Commerce**
**PO Box 107**
**Waverly, OH 45690**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Pike County Community & Econ Dev Office**
**116 S. Market Street, Suite 101**
**Waverly, OH 45690**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$151.47** |

**Pike County Community & Econ. Develop.**
**116 S. Market Street, Suite 103**
**Waverly, OH 45690**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **46ED**

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,430.00** |

**Pike County YMCA**
**400 Pride Drive**
**Waverly, OH 45690**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,129.63** |

**Pike Natural Gas**
**PO Box 932452**
**Cleveland, OH 44193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0002**

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$850.00** |

**PLS Logistics Services**
**5119 Reliable Parkway**
**Chicago, IL 60686-0051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$46,546.50** |

**Premier Truck Sales**
**5800 West Canal Road**
**Garfield Heights, OH 44125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **JHRSEi**

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hadsell Chemical Processing, LLC** | Case number (if known) | **2:17-bk-52717** |
|---|---|---|---|
| | Name | | |

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,686.02 |
|---|---|---|---|

**Principal Financial Group**
**PO Box 310389**
**Des Moines, IA 50331-0389**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0001**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $916.96 |
|---|---|---|---|

**Proactive Occupational Medicine, Inc.**
**1661 St. Rt. 552**
**Wheelersburg, OH 45694**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200,000.00 |
|---|---|---|---|

**Rebecca A. Schulte**
**5928 Windberry Creek Drive**
**Dublin, OH 43016-6304**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200,000.00 |
|---|---|---|---|

**Richard and Sylvia Lieb**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,625.00 |
|---|---|---|---|

**RKJ Fabrication & Construction**
**201 E. North Street**
**Waverly, OH 45690**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $520.00 |
|---|---|---|---|

**Robnett Fire & Security LLC**
**PO Box 909**
**Portsmouth, OH 45662**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $169.00 |
|---|---|---|---|

**Roto-Rooter Service**
**5415 Gallia Street**
**Portsmouth, OH 45662**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Hadsell Chemical Processing, LLC** | Case number (if known) | **2:17-bk-52717** |
|---|---|---|---|
| | Name | | |

---

**3.115**

**Nonpriority creditor's name and mailing address**

**Rumpke**
**PO Box 538710**
**Grote, OH 45253**

Date(s) debt was incurred _

Last 4 digits of account number  **9538**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$1,664.17

---

**3.116**

**Nonpriority creditor's name and mailing address**

**Safeguard**
**PO Box 1086**
**Charleston, WV 25324**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$572.53

---

**3.117**

**Nonpriority creditor's name and mailing address**

**Samuel Hignite**
**400 Sunset Drive**
**Ashland, KY 41101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No ☐ Yes

$25,000.00

---

**3.118**

**Nonpriority creditor's name and mailing address**

**Sarah Roberts**
**112 Keechle HillRoad**
**Waverly, OH 45690**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No ☐ Yes

$25,000.00

---

**3.119**

**Nonpriority creditor's name and mailing address**

**Sargents**
**1243 West Second St.**
**Waverly, OH 45690**

Date(s) debt was incurred _

Last 4 digits of account number  **0927**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$5,136.42

---

**3.120**

**Nonpriority creditor's name and mailing address**

**SCOCA**
**175 Beaver Creek Rd.**
**PO Box 596**
**Piketon, O 45661**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$74.97

---

**3.121**

**Nonpriority creditor's name and mailing address**

**Scott Evans**
**PO Box 1**
**Ironton, OH 45638**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No ☐ Yes

$46,685.48

---

| Debtor | **Hadsell Chemical Processing, LLC** | Case number (if known) | **2:17-bk-52717** |
|---|---|---|---|
| | Name | | |

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Security & Exchange Commission**
**100 F Street NE**
**Washington, DC 20549**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,292.00** |
|---|---|---|---|

**Selective**
**LockBox #2747**
**PO Box 8500**
**Philadelphia, PA 19178-2747**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$940.79** |
|---|---|---|---|

**Sharper Decorating Systems Inc.**
**5 N. Commerce Drive, Suite B**
**Cincinnati, OH 45215**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Steve Seiner**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Loan**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$976.07** |
|---|---|---|---|

**Suburban Propane**
**746 North High Street**
**Hillsboro, OH 45133**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Trade Debt**

**Last 4 digits of account number  1876**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,885.81** |
|---|---|---|---|

**Sunbelt Rentals, Inc.**
**PO Box 409211**
**Atlanta, GA 30384-9211**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Trade Debt**

**Last 4 digits of account number  7360**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$429.53** |
|---|---|---|---|

**SWECO**
**8029 Dixie Highway**
**Florence, KY 41042**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hadsell Chemical Processing, LLC** | Case number (if known) | **2:17-bk-52717** |
|---|---|---|---|
| | Name | | |

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,146.00** |
|---|---|---|---|

**The Cincinnati Ins. Co.**
**PO Box 145620**
**Cincinnati, OH 45250-5620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,744.83** |
|---|---|---|---|

**The Compounders Depot, Inc.**
**10170 Highway 613 N.**
**PO Box 1607**
**Lucedale, MS 39452**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Todd Schulte**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Loan**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Toni Graves and Ray Roberts**
**PO Box 609**
**Piketon, OH 45661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Loan**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Tony Altieri**
**2487 Wellesley Drive**
**Columbus, OH 43221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Loan**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,130.35** |
|---|---|---|---|

**Transaction Data Systems**
**788 Montgomery Ave.**
**Ocoee, FL 34761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$97,500.00** |
|---|---|---|---|

**Tri Sate Physicians Staffing**
**3253 Chateau Drive**
**Portsmouth, OH 45662-2471**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Loan**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hadsell Chemical Processing, LLC** | Case number (if known) | **2:17-bk-52717** |
|---|---|---|---|
| | Name | | |

---

**3.136** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,162.50**

**Tri-State Overhead Doors**
**1333 Galena Pike West**
**West Portsmouth, OH 45663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.137** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,518.79**

**ULINE**
**PO Box 88741**
**Chicago, IL 60680-1741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number **4345**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.138** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**UPS**
**PO Box 7247-0244**
**Philadelphia, PA 19170-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.139** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$869.98**

**UPS Supply Chain Solutions**
**28013 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number **7273**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.140** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Vallery Ford**
**115 West Emmitt Ave.**
**Waverly, OH 45690**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.141** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,201.87**

**Vision Service Plan**
**PO Box 742109**
**Los Angeles, CA 90074-2109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number **7001**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.142** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,422.54**

**W.E. Contracting LLC**
**109 Middle St.**
**PO Box 575**
**Piketon, OH 45661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | **Hadsell Chemical Processing, LLC** | Case number (if known) | **2:17-bk-52717** |
|---|---|---|---|
| | Name | | |

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,366.44** |
|---|---|---|---|

**Wagner Rentals**
95 Renick Ave.
Chillicothe, OH 45601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,321.49** |
|---|---|---|---|

**Waverly Tire And Auto Repair**
716 US 23
Waverly, OH 45690

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$428.61** |
|---|---|---|---|

**Waverly Water & Sewer Department**
211 West North Street
PO Box 228
Waverly, OH 45690

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Utility__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$79.68** |
|---|---|---|---|

**Waverly Water Dept.**
211 West North St.
PO Box 228
Waverly, OH 45690

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __2570__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Wheelersburg Internal Medicine**
84048 Ohio River Road
Wheelersburg, OH 45694-1621

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Relevant Compounding Investment__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$184.23** |
|---|---|---|---|

**Worly Plumbing Supply**
400 Greenlawn Avenue
Columbus, OH 43223

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Wright Express Fleet Services**
PO Box 6293
Carol Stream, IL 60197-6293

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __9592__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Hadsell Chemical Processing, LLC** | | Case number (if known) | **2:17-bk-52717** |
|---|---|---|---|---|
| | Name | | | |

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $922.00 |
|---|---|---|---|

**YMCA**
**400 Pride Drive**
**Waverly, OH 45690**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Deduction**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Brigham M. Anderson**<br>**408 Park Ave.**<br>**Ironton, OH 45638** | Line **3.32**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **CCB Credit Services, Inc.**<br>**PO Box 272**<br>**Springfield, IL 62705-0272** | Line **3.6**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **D&S Ltd.**<br>**13809 Research Blvd. Suite 800**<br>**Austin, TX 78750** | Line **3.77**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Don Hadsell**<br>**230 Rowe Lane**<br>**Wheelersburg, OH 45694** | Line **3.34**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Hunter Warfield**<br>**4645 South Lakeshore Drive #11**<br>**Tempe, AZ 85282** | Line **3.19**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Levy & Associates**<br>**4645 Executive Drive**<br>**Columbus, OH 43220** | Line **3.52**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Michelle R. Dubrow**<br>**David A Goldstein Co., LPA**<br>**511 S. High Street**<br>**Columbus, OH 43215** | Line **2.11**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Ohio Attorney General**<br>**30 E. Broad Street, 17th Floor**<br>**Columbus, OH 43215** | Line **2.11**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Paul F. Price**<br>**112 W. Third St.**<br>**Waverly, OH 45690** | Line **3.44**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Randall L. Lambert**<br>**PO Box 725**<br>**Ironton, OH 45638** | Line **3.93**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Hadsell Chemical Processing, LLC** | Case number (if known) | **2:17-bk-52717** |
|---|---|---|---|
| | Name | | |

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.11 | **Weltman Weinberg & Reis Co., LPA**<br>**3705 Marlane Drive**<br>**Grove City, OH 43123-8895** | Line  **3.57**<br><br>☐  Not listed. Explain ____ | _ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $            35,072.48 |
| 5b. Total claims from Part 2 | 5b.  + | $        3,995,144.43 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $       4,030,216.91 |

**Fill in this information to identify the case:**

Debtor name    **Hadsell Chemical Processing, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF OHIO

Case number (if known)   **2:17-bk-52717**

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
   ☑ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
      (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.2  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.3  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.4  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Hadsell Chemical Processing, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF OHIO

Case number (if known)    **2:17-bk-52717**

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Relevant Compounding LLC** | **9329 State Route 220 Waverly, OH 45690** | **Christopher Yerington Self Directed IRA** | ■ D __2.14__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Relevant Compounding LLC** | **9329 State Route 220 Waverly, OH 45690** | **Lori D. Meyers Self Direct IRA** | ■ D __2.25__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Robert Walton Jr.** | **125 South Bend Ct. Loveland, OH 45140** | **Internal Revenue Service** | ■ D __2.24__<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                                                                 Best Case Bankruptcy

---

**Fill in this information to identify the case:**

Debtor name    **Hadsell Chemical Processing, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF OHIO

Case number (if known)   **2:17-bk-52717**

☐ Check if this is an
    amended filing

---

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $10,058.00 |
| **For prior year:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | $559,086.00 |
| **For year before that:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | $1,154,579.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

---

Debtor    **Hadsell Chemical Processing, LLC**                                    Case number *(if known)*  **2:17-bk-52717**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.    **See Question 5** | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

---

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    **See attached Schedule A, as applicable** | | **Unknown** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Ford Motor Credit<br>1 American Rd<br>Dearborn, MI 48126** | **Repossessed Ford vehicles** | **January 2017** | **Unknown** |
| **Lori D. Meyers et al<br>Attn: Richard T. Ricketts<br>50 Hill Road South<br>Pickerington, OH 43147** | **Garnishment of receivables from Glow Industries Inc.<br>Execution on property- January 30, 2017** | **March 15, 2017** | **$38,858.24** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

---

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Debtor   **Hadsell Chemical Processing, LLC**                                    Case number *(if known)* **2:17-bk-52717**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Bussa v. Hadsell Chemical Proc., LLC, et al.**<br>**16 CIH 00036** | **Civil** | **Scioto County Common Pleas**<br>**602 Seventh Street**<br>**Portsmouth, OH 45662** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Cab East, LLC vs. Hadsell Chemical Proc., LLC**<br>**2016 CIV 000238** | **Civil** | **Pike County Court of Common Pleas** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Delores Bryant vs. Hadsell Chemical Proc., LLC, et al.**<br>**2016 CVF 251** | | **Pike County Court of Common Pleas** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **First National Bank of Waverly vs. Donald Hadsell et. al**<br>**2016 CIV 000265** | | **Pike County Court of Common Pleas** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Hadsell vs. Thomas D. Schulte, Jr., et al.**<br>**16-CIH-073** | | **Scioto County Court of Common Pleas** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Agera Energy LLC v. Hadsell Chemical Proc., LLC**<br>**17 CVF 00023; CVF 1700023 (Municipal)** | **Civil** | **Pike County Common Pleas**<br>**100 E 2nd Street**<br>**Waverly, OH 45690** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Kenneth S. Brown vs. Hadsell Chemical Proc., LLC, et al.**<br>**2016CVI000313** | | **Pike County Court of Common Pleas** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **Bussa et al., v. Hadsell Chemical Proc., LLC, et al.**<br>**2015 CIV 000243** | **Civil** | **Pike County Common Pleas**<br>**100 E 2nd Street**<br>**Waverly, OH 45690** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **Cintas Corporation v. Hadsell Chemical Proc., LLC, et al.**<br>**16 CV 009543** | **Civil** | **Franklin County Common Pleas**<br>**373 S. High Street**<br>**Columbus, OH 43215** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | **Director of Ohio Development Services Agency v. Hadsell Chemical Proc., LLC**<br>**2017 CIV 000081** | **Civil** | **Pike County Common Pleas**<br>**100 E 2nd Street**<br>**Waverly, OH 45690** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | **Klinkers Lumber & Building v. Hadsell Chemical Proc., LLC, et al.**<br>**2016 CVF 00200; CVF 1600200 (Municipal)** | **Civil** | **Pike County Common Pleas**<br>**100 E 2nd Street**<br>**Waverly, OH 45690** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor   **Hadsell Chemical Processing, LLC**                      Case number *(if known)*  **2:17-bk-52717**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.12. **Lori D. Meyers, et al. v. Hadsell Chemical Processing, LLC, et al.**<br>**16 CV 010186; 16 JG 41532** | **Civil**<br><br>**Execution proceeding- Pike County Common Pleas, 2016 CIV 367** | **Franklin County Common Pleas**<br>**373 S. High Street**<br>**Columbus, OH 43215** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13. **Mark Sells et al. v. Hadsell Chemical Proc., LLC et al.**<br>**16 CV 007252** | **Civil** | **Franklin County Common Pleas**<br>**373 S. High Street**<br>**Columbus, OH 43215** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14. **Nexeo Solutions, LLC v. Hadsell Chemical Proc., LLC**<br>**16 CVF 00270; CVf 1600270 (Municipal)** | **Civil** | **Pike County Common Pleas**<br>**100 E 2nd Street**<br>**Waverly, OH 45690** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15. **Northern Safety Co., Inc. v. Hadsell Chemical Proc., LLC**<br>**16 CVF 00407; CVF 16000407 (Municipal)** | **Civil** | **Pike County Common Pleas**<br>**100 E 2nd Street**<br>**Waverly, OH 45690** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16. **Premier Truck Sales & Rental, Inc. v. Hadsell Chemical Proc., LLC**<br>**16 FC 000536** | **Civil** | **Scioto County Common Pleas**<br>**602 Seventh Street**<br>**Portsmouth, OH 45662** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17. **Schulte, Jr., et al. v. Hadsell Chemical Proc., LLC, et al.**<br>**2016 CIV 000148** | **Civil** | **Pike County Common Pleas**<br>**100 E 2nd Street**<br>**Waverly, OH 45690** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18. **Securities Exchange Commission v. Hadsell Chemical Proc., LLC**<br>**17 CV 432** | **Administrative/Inv estigative (entered into consent decree)** | **U.S. District Court, So. District of OH**<br>**85 Marconi Blvd.**<br>**Columbus, OH 43215** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.19. **Bishop et al. v. Hadsell Chemical Processing LLC et al.**<br>**17 CV 003687** | **Civil** | **Franklin County Common Pleas**<br>**373 S. High Street**<br>**Columbus, OH 43215** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Debtor | **Hadsell Chemical Processing, LLC** | Case number *(if known)* **2:17-bk-52717** |
|---|---|---|

---

**Part 5:**    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Water damage to real property** | **$125,000 (estimated), plus additional costs paid directly by insurer to third parties** | **Mid-2016** | **Unknown** |

---

**Part 6:**    Certain Payments or Transfers

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Allen Kuehnle Stovall & Neuman LLP**<br>**17 South High Street, Suite 1220**<br>**Columbus, OH 43215** | | **3/7/17-**<br>**Debtor**<br>**($13,417)**<br>**4/28/17-**<br>**Don Hadsell**<br>**($1,918)** | **$15,335.00** |
| | Email or website address<br>**aksnlaw.com** | | | |
| | Who made the payment, if not debtor?<br>**Debtor and Don Hadsell** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

---

Debtor    **Hadsell Chemical Processing, LLC**                                    Case number *(if known)*  **2:17-bk-52717**

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 . | **See attached Schedule A, as applicable** | | | **Unknown** |
| | Relationship to debtor | | | |

---

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

   ■ No Go to Part 10.
   ☐ Yes. Fill in below:

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

---

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page **6**

| Debtor | **Hadsell Chemical Processing, LLC** | Case number *(if known)* **2:17-bk-52717** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **See Schedule B** | | | **Unknown** |

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

| Debtor | **Hadsell Chemical Processing, LLC** | Case number *(if known)* | **2:17-bk-52717** |

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:  Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.  **Waverly Metals Group, LLC**<br>**Attn: Scott Evans**<br>**311 South 3rd Street**<br>**Ironton, OH 45638** | **Manufacturing** | **EIN:**<br><br>**From-To   5/13/13 to 12/6/14** |
| 25.2.  **Relevant Compounding**<br>**Attn: Jonathan Eaton**<br>**9329 ST 220 Suite A**<br>**Waverly, OH 45690** | | **EIN:**<br><br>**From-To   2013 to present** |

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Tim Rist**<br>**9329 State Route 220**<br>**Waverly, OH 45690** | **Previous 2 years** |
| 26a.2.  **Deanna Ervin**<br>**9329 State Route 220**<br>**Waverly, OH 45690** | **Previous 2 years** |
| 26a.3.  **Dave Carothers**<br>**1612 Cardiff**<br>**Columbus, OH 43221** | **Previous 2 years** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Tim Rist**<br>**9329 State Route 220**<br>**Waverly, OH 45690** | |

| Debtor | **Hadsell Chemical Processing, LLC** | Case number *(if known)* | **2:17-bk-52717** |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2.  **Deanna Ervin**<br>**9329 State Route 220**<br>**Waverly, OH 45690** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

### 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Don Hadsell** | **Attn: Larry J. McClatchey**<br>**65 E. State St., Suite 1800**<br>**Columbus, OH 43215** | **Member/Executive VP and Manager** | **100** |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Robert Walton Jr.** | **125 South Bend Ct.**<br>**Loveland, OH 45140** | **Member** | **April 24, 2012 to December 21, 2015** |

### 30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.  **See attached Schedule A, as applicable** | | | |
| **Relationship to debtor** | | | |

### 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

Debtor   **Hadsell Chemical Processing, LLC**                                    Case number *(if known)*   **2:17-bk-52717**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **June  1, 2017**

**/s/ Donald A. Hadsell**                              **Donald A. Hadsell**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor     **General Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☒ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

4:00 PM
04/27/17

**Hadsell Chemical Processing**
**Transaction List by Vendor**    Schedule A
**All Transactions**

| Type | Date | Num | Memo | Account | Clr | Split | Debit | Credit |
|------|------|-----|------|---------|-----|-------|-------|--------|
| **Bob Walton** | | | | | | | | |
| Check | 08/03/2012 | 1234 | | 10010 · Hadsell Che… | X | Payments to Bo… | | 5,000.00 |
| Deposit | 08/30/2012 | | Deposit | 10080 · Petty Cash | X | 27500 · Loan Fr… | 240.00 | |
| Check | 11/07/2012 | 1266 | Deposit | 10010 · Hadsell Che… | X | Payments to Bo… | | 1,300.00 |
| Check | 12/19/2012 | 1280 | | 10010 · Hadsell Che… | X | Payments to Bo… | | 2,500.00 |
| Check | 12/28/2012 | 1281 | Loan Riembursment | 10010 · Hadsell Che… | X | Payments to Bo… | | 650.00 |
| Check | 01/09/2013 | 1282 | Payment remembersement | 10010 · Hadsell Che… | X | Payments to Bo… | | 1,000.00 |
| Check | 02/22/2013 | 1295 | | 10010 · Hadsell Che… | X | Payments to Bo… | | 500.00 |
| Check | 03/28/2013 | 4287 | loan re-payment | 10010 · Hadsell Che… | X | Payments to Bo… | | 4,000.00 |
| Check | 04/05/2013 | 4321 | Loan Payment | 10010 · Hadsell Che… | X | Payments to Bo… | | 1,000.00 |
| Check | 04/09/2013 | 4340 | Loan Repayment | 10010 · Hadsell Che… | X | Payments to Bo… | | 1,200.00 |
| Check | 04/22/2013 | 4364 | Loan Reimbursement | 10010 · Hadsell Che… | X | Payments to Bo… | | 1,200.00 |
| Deposit | 04/25/2013 | deposit | Deposit | 10010 · Hadsell Che… | X | 31100 · Member… | 15,000.00 | |
| Check | 05/06/2013 | 4451 | LOAN REPAYMENT | 10010 · Hadsell Che… | X | Payments to Bo… | | 1,200.00 |
| Check | 05/31/2013 | 4531 | Loan Repayment | 10010 · Hadsell Che… | X | Payments to Bo… | | 1,500.00 |
| Check | 06/17/2013 | 4596 | Loan Payment | 10010 · Hadsell Che… | X | Payments to Bo… | | 3,500.00 |
| Check | 06/27/2013 | 4667 | Loan Payment | 10010 · Hadsell Che… | X | Payments to Bo… | | 5,800.00 |
| Check | 08/01/2013 | 4890 | Credit Card Reimbursement | 10010 · Hadsell Che… | X | Payments to Bo… | | 2,500.00 |
| Check | 08/02/2013 | EFT | | 10010 · Hadsell Che… | X | -SPLIT- | | 16,757.00 |
| Check | 08/12/2013 | 4910 | Loan Repayment | 10010 · Hadsell Che… | X | Payments to Bo… | | 2,500.00 |
| Check | 09/06/2013 | 5063 | Loan repayment | 10010 · Hadsell Che… | X | Payments to Bo… | | 2,000.00 |
| Deposit | 09/26/2013 | | Deposit | 10080 · Petty Cash | X | 70300 · Other In… | 250.00 | |
| Check | 10/02/2013 | Eft | | 10010 · Hadsell Che… | X | 18100 · Due Fro… | | 2,000.00 |
| Check | 10/07/2013 | eft | | 10010 · Hadsell Che… | X | 18100 · Due Fro… | | 500.00 |
| Check | 10/08/2013 | 5236 | Loan Repayment | 10010 · Hadsell Che… | X | Payments to Bo… | | 1,500.00 |
| Check | 10/17/2013 | 5286 | Repayment on Loan | 10010 · Hadsell Che… | X | Payments to Bo… | | 1,500.00 |
| Check | 10/22/2013 | 5287 | VOID: Loan repayment NSF | 10010 · Hadsell Che… | X | 27500 · Loan Fr… | 0.00 | |
| Check | 10/30/2013 | 5330 | Loan repayment | 10010 · Hadsell Che… | X | Payments to Bo… | | 2,500.00 |
| Check | 11/04/2013 | 5370 | Loan repayment | 10010 · Hadsell Che… | X | Payments to Bo… | | 2,500.00 |
| Check | 11/05/2013 | 5376 | Loan Repayment | 10010 · Hadsell Che… | X | Payments to Bo… | | 1,500.00 |
| Check | 11/19/2013 | 5422 | Loan Repayment | 10010 · Hadsell Che… | X | Payments to Bo… | | 1,500.00 |
| Check | 11/27/2013 | 5472 | | 10010 · Hadsell Che… | X | Payments to Bo… | | 1,500.00 |
| Check | 12/12/2013 | 5507 | | 10010 · Hadsell Che… | X | 22100 · Due to … | | 1,500.00 |
| Check | 12/20/2013 | EFT | | 10010 · Hadsell Che… | X | Payments to Bo… | | 2,000.00 |
| Check | 12/23/2013 | 5616 | | 10010 · Hadsell Che… | X | Payments to Bo… | | 2,500.00 |
| Check | 01/10/2014 | 5817 | Loan repayment | 10010 · Hadsell Che… | X | Payments to Bo… | | 1,000.00 |
| Check | 02/19/2014 | 5892 | Loan repayment | 10010 · Hadsell Che… | X | Payments to Bo… | | 2,500.00 |
| Check | 03/11/2014 | 5907 | Loan repayment | 10010 · Hadsell Che… | X | Payments to Bo… | | 2,500.00 |
| Check | 04/03/2014 | 6126 | | 10010 · Hadsell Che… | X | Payments to Bo… | | 2,000.00 |
| Check | 04/03/2014 | EFT | | 10010 · Hadsell Che… | X | 68400 · Travel … | | 2,000.00 |
| Check | 05/02/2014 | 6293 | Loan repayment | 10010 · Hadsell Che… | X | -SPLIT- | | 5,000.00 |
| Check | 06/06/2014 | EFT | | 10010 · Hadsell Che… | X | 68400 · Travel … | | 15,000.00 |
| Check | 06/07/2014 | 6531 | | 10010 · Hadsell Che… | X | 68400 · Travel … | | 3,000.00 |
| Check | 07/24/2014 | 6519 | | 10010 · Hadsell Che… | X | Payments to Bo… | | 2,500.00 |
| Check | 08/04/2014 | Eft | | 10010 · Hadsell Che… | X | 68400 · Travel … | | 10,000.00 |
| Check | 08/15/2014 | 6853 | | 10010 · Hadsell Che… | X | Payments to Bo… | | 2,500.00 |
| Check | 08/26/2014 | EFT | | 10010 · Hadsell Che… | X | 68400 · Travel … | | 2,500.00 |
| Check | 08/29/2014 | Ett | | 10010 · Hadsell Che… | X | 68400 · Travel … | | 2,500.00 |
| Check | 10/22/2014 | EFT | | 10010 · Hadsell Che… | X | 68400 · Travel … | | 1,500.00 |
| Check | 12/01/2014 | | | 10010 · Hadsell Che… | X | 68400 · Travel … | | 3,000.00 |
| Check | 12/30/2014 | 7972 | | 10010 · Hadsell Che… | X | Payments to Bo… | | 2,000.00 |
| Check | 01/15/2015 | 7983 | | 10010 · Hadsell Che… | X | Payments to Bo… | | 2,500.00 |
| Check | 02/20/2015 | | | 10010 · Hadsell Che… | X | Payments to Bo… | | 1,255.00 |
| Check | 03/09/2015 | EFT | | 10010 · Hadsell Che… | X | 68400 · Travel … | | 24,759.13 |
| Check | 03/12/2015 | EFT | | 10010 · Hadsell Che… | X | -SPLIT- | | 30,913.55 |
| Check | 03/25/2015 | 8659 | | 10010 · Hadsell Che… | X | Payments to Bo… | | 5,000.00 |
| Check | 03/26/2015 | EFT | | 10010 · Hadsell Che… | X | 68400 · Travel … | | 4,587.27 |
| Check | 04/27/2015 | EFT | | 10010 · Hadsell Che… | X | Payments to Bo… | | 5,000.00 |
| Check | 04/28/2015 | | | 10010 · Hadsell Che… | X | 68400 · Travel … | | 368.00 |
| Check | 04/30/2015 | EFT | | 10010 · Hadsell Che… | X | Payments to Bo… | | 5,000.00 |
| Check | 05/05/2015 | 8969 | | 10010 · Hadsell Che… | X | Payments to Bo… | | 2,500.00 |
| Bill | 05/12/2015 | | | 20000 · Accounts Pay… | | Payments to Bo… | | 3,000.00 |
| Bill Pmt -Check | 05/12/2015 | 9055 | | 10010 · Hadsell Che… | X | 20000 · Account… | | 3,000.00 |
| Check | 06/05/2015 | | Colorado Travel Exp. | 10020 · 53 Hadsell C… | X | Payments to Bo… | | 10,000.00 |
| Check | 06/05/2015 | | Guitar-Nashville?? | 10020 · 53 Hadsell C… | X | Payments to Bo… | | 5,059.14 |
| Check | 06/29/2015 | | Payment per Bob Personal Credit Car… | 10020 · 53 Hadsell C… | X | Payments to Bo… | | 5,000.00 |
| Deposit | 07/16/2015 | | Deposit | 10020 · 53 Hadsell C… | X | 27747 · E&W C… | 125,000.00 | |
| Check | 07/16/2015 | EFT | Bank of America Credit Card | 10020 · 53 Hadsell C… | X | Payments to Bo… | | 5,000.00 |
| Check | 07/16/2015 | EFT | Personal Chase Visa | 10020 · 53 Hadsell C… | X | Payments to Bo… | | 2,500.00 |
| Check | 07/30/2015 | 11392 | | 10020 · 53 Hadsell C… | X | 64300 · Meals a… | | 2,500.00 |
| Check | 08/25/2015 | | Personal Visa Payment | 10020 · 53 Hadsell C… | X | 68400 · Travel … | | 750.00 |
| Check | 08/31/2015 | | | 10020 · 53 Hadsell C… | X | 68400 · Travel … | | 200.00 |
| **Don Hadsell** | | | | | | | | |
| Deposit | 11/08/2012 | | Deposit | 10010 · Hadsell Che… | X | 27400 · Loan Fr… | 80,000.00 | |
| Check | 12/20/2013 | | | 10010 · Hadsell Che… | X | 27400 · Loan Fr… | | 13,324.93 |
| Check | 06/13/2014 | Wire | | 10010 · Hadsell Che… | X | 27400 · Loan Fr… | | 50,000.00 |
| Check | 05/05/2015 | 8967 | | 10010 · Hadsell Che… | X | 27400 · Loan Fr… | | 100,000.00 |
| Deposit | 08/19/2015 | | Deposit | 10020 · 53 Hadsell C… | X | 27400 · Loan Fr… | 20,000.00 | |
| Deposit | 09/18/2015 | | Purchase Truck | 10020 · 53 Hadsell C… | X | 86511 · Gain Lo… | 17,500.00 | |
| Deposit | 10/23/2015 | | Deposit | 10020 · 53 Hadsell C… | X | 27400 · Loan Fr… | 35,000.00 | |
| Check | 12/14/2016 | 12706 | | 10020 · 53 Hadsell C… | X | 27400 · Loan Fr… | | 50,000.00 |
| **Robert Walton** | | | | | | | | |
| Check | 04/30/2012 | 1195 | | 10010 · Hadsell Che… | X | Payments to Bo… | | 4,000.00 |
| Check | 07/06/2012 | 1221 | Reinbursement for storm | 10010 · Hadsell Che… | X | 70100 · Insuran… | | 1,723.61 |
| Check | 09/06/2012 | 1248 | | 10010 · Hadsell Che… | X | Payments to Bo… | | 30,000.00 |
| Deposit | 10/09/2012 | | Deposit | 10080 · Petty Cash | X | 27500 · Loan Fr… | 500.00 | |
| Deposit | 10/09/2012 | | SUBWAY | 10080 · Petty Cash | X | 27500 · Loan Fr… | 150.00 | |
| Deposit | 10/10/2012 | | deposit | 10010 · Hadsell Che… | X | 47920 · Process… | 1,153.00 | |
| Deposit | 10/16/2012 | | deposit | 10080 · Petty Cash | X | 27500 · Loan Fr… | 60.00 | |
| Deposit | 10/23/2012 | DEP | Deposit | 10080 · Petty Cash | X | 27500 · Loan Fr… | 236.00 | |

4:00 PM
04/27/17

**Hadsell Chemical Processing**
**Transaction List by Vendor**
All Transactions

| Type | Date | Num | Memo | Account | Clr | Split | Debit | Credit |
|------|------|-----|------|---------|-----|-------|-------|--------|
| Check | 02/13/2013 | 1290 | | 10010 · Hadsell Che... | X | Payments to Bo... | | 750.00 |
| Deposit | 02/19/2013 | deposit | Deposit | 10080 · Petty Cash | X | 47200 · Recycle | 430.20 | |
| Deposit | 02/20/2013 | deposit | Deposit | 10080 · Petty Cash | X | 47200 · Recycle | 180.00 | |
| Deposit | 02/22/2013 | DEPO... | Deposit | 10080 · Petty Cash | X | 47200 · Recycle | 60.00 | |
| Check | 03/13/2013 | 1300 | | 10010 · Hadsell Che... | X | Payments to Bo... | | 750.00 |
| Check | 03/13/2013 | 1299 | | 10010 · Hadsell Che... | X | Payments to Bo... | | 750.00 |
| Check | 03/13/2013 | 1298 | | 10010 · Hadsell Che... | X | Payments to Bo... | | 500.00 |

Schedule B

## Property not owned by HCP (Hadsell Chemical Processing)

**HADSELL DEVELOPMENT, LLC**

1. 30 yard dumpster        2
2. 1 yard dumpster        20
3. Pallet Jacks        2
4. Fork Trucks        3
5. Carrier/Tables        10
6. Racks        10
7. Drill Press        2
8. Vise        1
9. Chain Locker/Chain        1
10. Tool Boxes/w Tools        4
11. Steel Cover Plates        3
12. Bagger
13. Platform Shield
14. Office Furniture

**DAVE CAROTHERS**

1. Conveyer w/Gas Motor

**DON HADSELL**

1. Acrison Feeder

**MCGOVNEY CONCRETE**

1. Concrete Mixing Truck

**J & H**

1. Office Desk
2. Chair
3. Table
4. Bookcase    (2)
5. Pumps/Power Board
6. 12' Ladder
7. Parts Bin
8. Elect Panel on Wheels Office
9. Flagro Gas Heater  3
10. Pallet Skid Motor  8
11. Dry Design Boxes of Mat.   6
12. Pallets Construction Material   7
13. Large Fan    4
14. All Temporary Fence
15. Diesel Motor for Item 23
16. Pallet of Parts   2
17. Windows    8
18. Louvers    4
19. Misc. Steel
20. Misc.  Siding
21. Misc. Skids
22. Terex END DUMB
23. White Dump Truck
24. Fork Truck
25. BEI Trailer  40'
26. Torch Set/gas & air bottles
27. Concrete Barriers
28. Bottling Line

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Ohio

In re   **Hadsell Chemical Processing, LLC**                                   Case No.   **2:17-bk-52717**

                                        Debtor(s)                              Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **15,000.00** |
| Prior to the filing of this statement I have received | $ | **15,000.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

   ☐ Debtor       ■ Other (specify):   **Debtor and Don Hadsell**

3.   The source of compensation to be paid to me is:

   ■ Debtor       ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.   A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
       **Representation of the debtor in adversary proceedings.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June  1, 2017**                                   **/s/ Daniel J. Hunter**
_Date_                                              **Daniel J. Hunter 0017536**
                                                    _Signature of Attorney_
                                                    **Allen Kuehnle Stovall & Neuman LLP**
                                                    **17 South High Street**
                                                    **Suite 1220**
                                                    **Columbus, OH 43215**
                                                    **(614) 221-8500   Fax: (614) 221-5988**
                                                    _Name of law firm_

---

# United States Bankruptcy Court
## Southern District of Ohio

In re   __Hadsell Chemical Processing, LLC__                                    Case No.   __2:17-bk-52717__
                                                    Debtor(s)          Chapter   __7__

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   __Hadsell Chemical Processing, LLC__   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__June  1, 2017__
Date

/s/ Daniel J. Hunter
**Daniel J. Hunter 0017536**
Signature of Attorney or Litigant
Counsel for   **Hadsell Chemical Processing, LLC**
**Allen Kuehnle Stovall & Neuman LLP**
**17 South High Street**
**Suite 1220**
**Columbus, OH 43215**
**(614) 221-8500 Fax:(614) 221-5988**