**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 17-52717 | | Trustee Name: | Susan L. Rhiel |
|---|---|---|---|---|
| Case Name: | HADSELL CHEMICAL PROCESSING, LLC | | Date Filed (f) or Converted (c): | 04/28/2017 (f) |
| For the Period Ending: | 06/30/2022 | | §341(a) Meeting Date: | 05/26/2017 |
| | | | Claims Bar Date: | 08/24/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Rents | $0.00 | $26,834.00 | | $26,834.00 | FA |
| 2 | 5/3 Checking Account | $0.00 | $0.00 | | $0.00 | FA |
| 3 | Simple Retirement Plan | $0.00 | $0.00 | | $0.00 | FA |
| 4 | Accounts Receivable | Unknown | $0.00 | | $0.00 | FA |
| 5 | Investment Non-Publicly Traded Stock and Interests - Waverly Metal Group, LLC | Unknown | $0.00 | | $0.00 | FA |
| 6 | Investment Non-Publicly Traded Stock and Interests - Relevant Compounding LLC | Unknown | $0.00 | | $0.00 | FA |
| 7 | Office furniture | Unknown | $100.00 | | $100.00 | FA |
| 8 | Office equipment, including all computer equipment and communication systems equipment and software. Miscellaneous computer equipment. | Unknown | $400.00 | | $400.00 | FA |
| 9 | Equipment | Unknown | $892,590.00 | | $162,857.08 | FA |
| 10 | Real Property - 9329 State Route 220, Waverly, OH 45690 | $2,500,000.00 | $1,000.00 | | $1,350,363.21 | FA |
| 11 | Note Receivable - Relevant Compounding | $0.00 | $0.00 | | $0.00 | FA |
| 12 | Note Receivable - Tom Schulte | $200,345.00 | $158,000.00 | | $0.00 | $200,345.00 |
| 13 | Possible cause of action against Robert Walton, Jr. - mismanagement / misappropriation of funds | Unknown | $0.00 | | $0.00 | FA |
| 14 | Possible cause of action against Integrated Recovery Resource - breach of contract | Unknown | $0.00 | | $0.00 | $49,250.00 |
| Asset Notes: | The Trustee believes that there is significant value in offsetting the proof of claim filed by this creditor in the amount of $939,690 [POC#47], even though cash recovery is speculative. Estimated amount is based on alleged preferential transfer. | | | | | |
| 15 | Rents from storage of personal property (u) (including State of Ohio, Pike County Sheriff, and other third party bailors) | $0.00 | $11,775.00 | | $11,775.00 | FA |
| 16 | Garnishments (on deposit with Franklin County Common Pleas Court) | $63,899.49 | $25,041.25 | | $25,041.25 | FA |
| 17 | Insurance Claim | $125,000.00 | $24,283.39 | | $24,283.39 | FA |
| 18 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 19 | Avoidance Actions (preference, fraudulent (u) conveyances, and other state law claims) | $0.00 | $0.00 | | $605,530.40 | $394,469.60 |

| Case No.: | 17-52717 | | | | Trustee Name: | Susan L. Rhiel |
|---|---|---|---|---|---|---|
| Case Name: | HADSELL CHEMICAL PROCESSING, LLC | | | | Date Filed (f) or Converted (c): | 04/28/2017 (f) |
| For the Period Ending: | 06/30/2022 | | | | §341(a) Meeting Date: | 05/26/2017 |
| | | | | | Claims Bar Date: | 08/24/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| INT  Interest Earned (u) | Unknown | Unknown | | $78.10 | Unknown |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

$2,889,244.49     $1,140,023.64     $2,207,262.43     $644,064.60

**Major Activities affecting case closing:**

During the period covered by this report, the Trustee, through her counsel, focused on a myriad of adversary proceedings seeking avoidance and recovery of alleged avoidable transfers. Due to the impact of COVID-19, there has been some delay in the prosecution of the adversary proceedings arising out of the Debtor's operation of an apparent Ponzi scheme. Additional settlements were reached during this reporting period, with Applications to Compromise being filed on January 28, 2022 [Doc. #313] and May 17, 2022 [Doc. #316]. Each of these Applications were approved by the Court and the settlement funds received.

One of the adversary proceedings [Adv. Pro. No. 19-02059] has a summary judgment motion filed by the Defendants pending. The motion is vigorously opposed by the Trustee. An oral hearing on the Motion is set for July 22, 2022.

The Trustee has served discovery in the remaining adversary proceedings. Counsel will continue to pursue either settlement or getting those cases in which settlement cannot be reached set for trial.

Case 2:17-bk-52717    Doc 321    Filed 07/11/22    Entered 07/11/22 16:24:51    Desc
Page 3 of 12

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 3

| Case No.: | 17-52717 | | | Trustee Name: | Susan L. Rhiel |
| Case Name: | HADSELL CHEMICAL PROCESSING, LLC | | | Date Filed (f) or Converted (c): | 04/28/2017 (f) |
| For the Period Ending: | 06/30/2022 | | | §341(a) Meeting Date: | 05/26/2017 |
| | | | | Claims Bar Date: | 08/24/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

During the period covered by this Report, following Court approval, the Trustee, through her Court-appointed professionals, conducted an auction of the Debtor's personal property on October 20, 2018. Before proceeding with the sale, the Trustee worked with numerous third parties who claimed an interest in certain personal property in the Debtor's warehouse to verify ownership and obtain any payment due for storage prior to release. The auction of the personal property yielded $152,997.00 in proceeds, which are the subject of competing claims by numerous parties. Prior to the auction, the Trustee worked with numerous parties to obtain approval to sell the assets free and clear of liens, claims, and interests.

On November 29, 2018, the Trustee closed on the sale of the Debtor's real estate located at 9329 State Route 220, Waverly, OH (the "Real Estate"), to buyer Clarksville Stave & Veneer Co., Inc., for the purchase price of $1,350,000. First National Bank of Waverly, holder of the first mortgage, received $1,010,884.37 from the sale proceeds. Further, pursuant to an agreement between the First National Bank of Waverly and the Trustee, the estate received a carve-out of $90,000, $20,000 of which was allocated to an escrow account held by Talon Title Agency for the purpose of funding chemical and non-chemical related clean up at the facility located on the Real Estate. First National Bank of Waverly contributed $80,000 towards this escrow account, for a total amount of $100,000, set aside to address clean-up matters on a post-closing basis. The cleanup remains ongoing.

In addition to the disposition of assets, the Trustee has been actively engaged in discovery relative to the adversary proceeding styled as Susan L. Rhiel, Trustee v. Lori Dawn Meyers, et al, Adv. Pro. Case No. 18-02026 (the "Adversary Proceeding"). This Adversary Proceeding was commenced on February 16, 2018 and has been vigorously defended by the Defendants. Parties to the Adversary Proceeding have discussed pursuing mediation of this dispute will take steps to select a mediator. As a result, the Trustee anticipates that case deadlines associated with the Adversary Proceeding will be held in abeyance pending the results of mediation.

The Trustee continues to identify additional parties who may be the subject of upcoming avoidance actions, and anticipates the filing of adversary proceedings relative thereto. This case is extremely complex and has presented a variety of challenges. There are still complex claim objections to be pursued in addition to additional adversary proceedings. The estimate of value of the avoidance actions takes into account the substantial costs of litigation as well as possible defenses to the claims.

The Trustee also continues to examine the breach of contract claim against IRR. In the course of review of the Debtor's records, the Trustee determined that the Debtor had invested approximately $1.3 million in an attempt to make equipment provided by IRR operable. IRR claims an interest in some of the equipment that was sold at the auction. Discussions with IRR have been preliminary, but the Trustee anticipates these discussions to intensify in 2019.

Finally, there remains a claim for rents owed by the Pike County Sheriff's Office for storage of personal property. An initial demand was issued on January 10, 2018. Despite several attempts to collect the rents, they have not been paid to the estate. The Trustee will file an adversary proceeding to collect the remaining rents owed.

| Initial Projected Date Of Final Report (TFR): | 06/30/2018 | Current Projected Date Of Final Report (TFR): | 06/30/2023 | /s/ SUSAN L. RHIEL |
| | | | | SUSAN L. RHIEL |

### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 17-52717 | | | Trustee Name: | Susan L. Rhiel |
|---|---|---|---|---|---|
| Case Name: | HADSELL CHEMICAL PROCESSING, LLC | | | Bank Name: | Signature Bank |
| Primary Taxpayer ID #: | **-***3976 | | | Checking Acct #: | ******4048 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | checking |
| For Period Beginning: | 07/01/2021 | | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 06/30/2022 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/31/2017 | (1) | VR Waverly | Rent | 1122-000 | $13,417.00 | | $13,417.00 |
| 05/31/2017 | (1) | VR Waverly | Rent | 1122-000 | $13,417.00 | | $26,834.00 |
| 06/05/2017 | | Signature Bank | Account Analysis Fee | 2600-000 | | $1.40 | $26,832.60 |
| 07/06/2017 | | Signature Bank | Account Analysis Fee | 2600-000 | | $41.90 | $26,790.70 |
| 08/03/2017 | | Signature Bank | Account Analysis Fee | 2600-000 | | $43.24 | $26,747.46 |
| 09/06/2017 | | Signature Bank | Account Analysis Fee | 2600-000 | | $43.17 | $26,704.29 |
| 10/04/2017 | | Signature Bank | Account Analysis Fee | 2600-000 | | $41.71 | $26,662.58 |
| 11/03/2017 | | Signature Bank | Account Analysis Fee | 2600-000 | | $43.03 | $26,619.55 |
| 12/01/2017 | 10001 | INSURANCE PARTNERS AGENCY, INC. | Bond Payment | 2300-000 | | $9.90 | $26,609.65 |
| 12/05/2017 | | Signature Bank | Account Analysis Fee | 2600-000 | | $41.57 | $26,568.08 |
| 01/04/2018 | | Signature Bank | Account Analysis Fee | 2600-000 | | $42.89 | $26,525.19 |
| 01/05/2018 | (15) | Sorbster | Postpetition storage of product | 1222-000 | $5,250.00 | | $31,775.19 |
| 01/19/2018 | (15) | Sorbster | rent | 1222-000 | $275.00 | | $32,050.19 |
| 02/05/2018 | | Signature Bank | Account Analysis Fee | 2600-000 | | $43.00 | $32,007.19 |
| 03/05/2018 | | Signature Bank | Account Analysis Fee | 2600-000 | | $45.02 | $31,962.17 |
| 03/14/2018 | (16) | Clerk of Courts | Garnishment | 1141-000 | $25,041.25 | | $57,003.42 |
| 04/04/2018 | | Signature Bank | Account Analysis Fee | 2600-000 | | $73.75 | $56,929.67 |
| 05/03/2018 | | Signature Bank | Account Analysis Fee | 2600-000 | | $88.92 | $56,840.75 |
| 05/16/2018 | 10002 | ProFile Discovery | Preservation of business records | 2990-000 | | $360.13 | $56,480.62 |
| 05/26/2018 | (17) | The Cincinnati Insurance Company | Insurance claim | 1129-000 | $24,283.39 | | $80,764.01 |
| 05/31/2018 | 10003 | Trustee Resource Group | Liability insurance | 2420-750 | | $632.00 | $80,132.01 |
| 06/05/2018 | | Signature Bank | Account Analysis Fee | 2600-000 | | $95.32 | $80,036.69 |
| 07/05/2018 | | Signature Bank | Account Analysis Fee | 2600-000 | | $125.17 | $79,911.52 |
| 08/03/2018 | | Signature Bank | Account Analysis Fee | 2600-000 | | $128.98 | $79,782.54 |
| 08/22/2018 | 10004 | Trustee Resource Group | Liability insurance | 2420-750 | | $632.00 | $79,150.54 |
| | | | **SUBTOTALS** | | **$81,683.64** | **$2,533.10** | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 17-52717 | | Trustee Name: | Susan L. Rhiel |
|---|---|---|---|---|
| Case Name: | HADSELL CHEMICAL PROCESSING, LLC | | Bank Name: | Signature Bank |
| Primary Taxpayer ID #: | **-***3976 | | Checking Acct #: | ******4048 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | checking |
| For Period Beginning: | 07/01/2021 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 06/30/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/06/2018 | | Signature Bank | Account Analysis Fee | 2600-000 | | $128.76 | $79,021.78 |
| 09/25/2018 | | Signature Bank | Bank Service Fee | 2600-000 | | $98.86 | $78,922.92 |
| 09/25/2018 | | Pinnacle Bank | Transfer Funds | 9999-000 | | $78,922.92 | $0.00 |
| | | | **TOTALS:** | | $81,683.64 | $81,683.64 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $78,922.92 | |
| | | | **Subtotal** | | $81,683.64 | $2,760.72 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $81,683.64 | $2,760.72 | |

| For the period of 07/01/2021 to 06/30/2022 | | For the entire history of the account between 05/31/2017 to 6/30/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $81,683.64 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $81,683.64 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $2,760.72 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $2,760.72 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $78,922.92 |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 17-52717 | |
| **Case Name:** | HADSELL CHEMICAL PROCESSING, LLC | |
| **Primary Taxpayer ID #:** | **-***3976 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 07/01/2021 | |
| **For Period Ending:** | 06/30/2022 | |

| | |
|---|---|
| **Trustee Name:** | Susan L. Rhiel |
| **Bank Name:** | Pinnacle Bank |
| **Checking Acct #:** | ******0009 |
| **Account Title:** | DDA |
| **Blanket bond (per case limit):** | $2,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/25/2018 | | Signature Bank | Transfer Funds | | 9999-000 | $78,922.92 | | $78,922.92 |
| 11/09/2018 | | Don Gleim Auctions | Auction proceeds | | * | $131,979.40 | | $210,902.32 |
| | {7} | | | $100.00 | 1129-000 | | | $210,902.32 |
| | {8} | | | $400.00 | 1129-000 | | | $210,902.32 |
| | {9} | | Gross auction proceeds | $152,497.00 | 1129-000 | | | $210,902.32 |
| | | | Commission | ($15,299.00) | 3610-000 | | | $210,902.32 |
| | | | Expenses of auction sale | ($5,718.60) | 3620-000 | | | $210,902.32 |
| 12/03/2018 | | Talon Title | Carve out from sale of real estate | | * | $70,000.00 | | $280,902.32 |
| | {10} | | Gross proceeds from sale of real estate | $1,350,000.00 | 1110-000 | | | $280,902.32 |
| | | | Per Order allowing secured claim | ($1,010,884.37) | 4110-000 | | | $280,902.32 |
| | | | Pike County property taxes (through 11/29/2018) | ($30,875.32) | 2820-000 | | | $280,902.32 |
| | | | Pike County prepetition real estate taxes | ($136,665.31) | 4700-000 | | | $280,902.32 |
| | | | Funds escrowed for cleanup from First National Bank of Waverly claim | ($80,000.00) | 4110-000 | | | $280,902.32 |
| | | | Invoice for Safety Kleen for removal of chemicals | ($10,360.08) | 2500-000 | | | $280,902.32 |
| | | | Closing costs from sale of real estate | ($325.00) | 2500-000 | | | $280,902.32 |
| | | | Funds used for cleanup of real estate | ($9,639.92) | 2500-000 | | | $280,902.32 |
| | | | Realtor fee | ($1,250.00) | 3510-000 | | | $280,902.32 |
| 12/11/2018 | 5001 | INSURANCE PARTNERS AGENCY, INC. | Bond Payment | | 2300-000 | | $71.08 | $280,831.24 |
| 01/07/2019 | 5002 | Trustee Resource Group | Commercial liability policy | | 2990-000 | | $423.66 | $280,407.58 |
| 01/23/2019 | (9) | Talon Title | Funds escrowed to pay for chemical cleanup | | 1129-000 | $10,360.08 | | $290,767.66 |
| 01/23/2019 | 5003 | Safety-Kleen | Payment for chemical cleanup | | 2990-000 | | $10,360.08 | $280,407.58 |

**SUBTOTALS** $291,262.40   $10,854.82

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-52717 | | Trustee Name: | Susan L. Rhiel |
|---|---|---|---|---|
| Case Name: | HADSELL CHEMICAL PROCESSING, LLC | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***3976 | | Checking Acct #: | ******0009 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 07/01/2021 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 06/30/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/15/2019 | 5004 | Ricketts Co., LPA IOLTA | Per Order entered | 4210-000 | | $18,973.05 | $261,434.53 |
| 04/15/2019 | (15) | Pike County Auditor | Rents | 1222-000 | $6,250.00 | | $267,684.53 |
| 11/06/2019 | 5005 | Mulligan Topy & Co. | Per Order entered 11-5-2019 | 3410-000 | | $1,250.00 | $266,434.53 |
| 11/10/2019 | (19) | James Boone | Settlement of adversary proceeding | 1241-000 | $4,000.00 | | $270,434.53 |
| 11/11/2019 | (19) | Dr. Voto | Settlement | 1241-000 | $17,000.00 | | $287,434.53 |
| 01/09/2020 | 5006 | INSURANCE PARTNERS AGENCY, INC. | Bond Payment | 2300-000 | | $137.31 | $287,297.22 |
| 04/30/2020 | (19) | Mark and Jacquie Sells | Compromise of avoidance action | 1241-000 | $4,000.00 | | $291,297.22 |
| 07/31/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $5,097.70 | $286,199.52 |
| 08/03/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | ($5,097.70) | $291,297.22 |
| 08/03/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $418.99 | $290,878.23 |
| 08/31/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $432.36 | $290,445.87 |
| 09/30/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $417.77 | $290,028.10 |
| 10/20/2020 | 5007 | Barnes Tax & Advisory Services | Per Order entered 10-19-2020 | 3410-000 | | $950.00 | $289,078.10 |
| 10/30/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $430.87 | $288,647.23 |
| 11/04/2020 | (19) | David Cox | Settlement | 1241-000 | $2,500.00 | | $291,147.23 |
| 11/04/2020 | (19) | Morris/Wittman | Settlement | 1241-000 | $14,500.00 | | $305,647.23 |
| 11/19/2020 | 5008 | INSURANCE PARTNERS AGENCY, INC. | Bond Payment | 2300-000 | | $114.24 | $305,532.99 |
| 11/30/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $437.92 | $305,095.07 |
| 12/31/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $453.49 | $304,641.58 |
| 01/28/2021 | (19) | Tony Altieri | Settlement | 1241-000 | $16,450.00 | | $321,091.58 |
| 01/29/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $455.97 | $320,635.61 |
| 02/05/2021 | 5009 | The Director of Development, State of OH | Per Order entered 2-4-2021 | 7100-000 | | $27,180.53 | $293,455.08 |
| 02/05/2021 | 5010 | US Bank Equipment FInance | Per Order entered 2-4-2021 | 4210-000 | | $6,953.00 | $286,502.08 |
| 02/11/2021 | (19) | Taft Stettinius & Hollister | Settlement Eaton | 1241-000 | $2,500.00 | | $289,002.08 |
| | | | **SUBTOTALS** | | **$67,200.00** | **$58,605.50** | |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 5

| Case No. | 17-52717 | | | Trustee Name: | Susan L. Rhiel |
|---|---|---|---|---|---|
| Case Name: | HADSELL CHEMICAL PROCESSING, LLC | | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***3976 | | | Checking Acct #: | ******0009 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | DDA |
| For Period Beginning: | 07/01/2021 | | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 06/30/2022 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/26/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $412.79 | $288,589.29 |
| 02/27/2021 | (19) | Milan Hercog | Avoidance settlement | 1241-000 | $9,372.00 | | $297,961.29 |
| 02/27/2021 | (19) | Michael Ramicone | Avoidance settlement | 1241-000 | $8,203.00 | | $306,164.29 |
| 02/27/2021 | (19) | Christina Britton | Avoidance settlement | 1241-000 | $12,030.00 | | $318,194.29 |
| 02/27/2021 | (19) | Christian Bonasso | Avoidance settlement | 1241-000 | $29,445.00 | | $347,639.29 |
| 02/27/2021 | (19) | Brian Spires | Avoidance settlement | 1241-000 | $8,095.00 | | $355,734.29 |
| 03/03/2021 | (19) | Christine Eaton | Avoidance settlement | 1241-000 | $2,000.00 | | $357,734.29 |
| 03/31/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $531.16 | $357,203.13 |
| 04/04/2021 | (19) | Christine Eaton | Avoidance settlement | 1241-000 | $2,000.00 | | $359,203.13 |
| 04/30/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $516.31 | $358,686.82 |
| 05/28/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $533.15 | $358,153.67 |
| 06/20/2021 | (19) | Strip Hoppers | Williams Settlement | 1241-000 | $40,000.00 | | $398,153.67 |
| 06/30/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $534.34 | $397,619.33 |
| 07/30/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $591.02 | $397,028.31 |
| 08/12/2021 | | Transfer To: #******0091 | Escrowed funds for attorneys' fees per Court Order | 9999-000 | | $70,000.00 | $327,028.31 |
| 08/31/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $520.77 | $326,507.54 |
| 09/19/2021 | (19) | OBLIC | Evans Settlement | 1141-000 | $154,000.00 | | $480,507.54 |
| 09/30/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $543.48 | $479,964.06 |
| 10/29/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $713.41 | $479,250.65 |
| 11/30/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $689.35 | $478,561.30 |
| 12/12/2021 | 5011 | INSURANCE PARTNERS AGENCY, INC. | Bond Payment | 2300-000 | | $115.40 | $478,445.90 |
| 12/22/2021 | 5012 | Topy Tax and Accounting LLC | Per Order entered 12-21-2021 | 3410-000 | | $527.09 | $477,918.81 |
| 12/31/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $711.25 | $477,207.56 |
| 01/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $714.60 | $476,492.96 |
| 02/01/2022 | (19) | Michael Blue | Settlement of avoidance action | 1241-000 | $105,000.00 | | $581,492.96 |
| | | | SUBTOTALS | | $370,145.00 | $77,654.12 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 17-52717 | Trustee Name: | Susan L. Rhiel |
|---|---|---|---|
| Case Name: | HADSELL CHEMICAL PROCESSING, LLC | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***3976 | Checking Acct #: | ******0009 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 07/01/2021 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 06/30/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/28/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $780.65 | $580,712.31 |
| 03/26/2022 | (19) | Walter & Haverfield LLC | Henneforth settlement | 1241-000 | $150,000.00 | | $730,712.31 |
| 03/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $963.86 | $729,748.45 |
| 04/29/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $1,049.67 | $728,698.78 |
| 05/11/2022 | (19) | Allen Kuehnle Stovall & Neumann LLP | Stanislaw satisfaction of judgment | 1241-000 | $9,435.40 | | $738,134.18 |
| 05/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $1,093.42 | $737,040.76 |
| 06/28/2022 | (19) | Jeffery Sams, Esq. | Stanley settlement | 1241-000 | $15,000.00 | | $752,040.76 |
| 06/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $1,061.59 | $750,979.17 |
| | | | **TOTALS:** | | $903,042.80 | $152,063.63 | $750,979.17 |
| | | | Less: Bank transfers/CDs | | $78,922.92 | $70,000.00 | |
| | | | **Subtotal** | | $824,119.88 | $82,063.63 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $824,119.88 | $82,063.63 | |

| For the period of 07/01/2021 to 06/30/2022 | | For the entire history of the account between 09/25/2018 to 6/30/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $433,435.40 | Total Compensable Receipts: | $2,125,137.48 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $433,435.40 | Total Comp/Non Comp Receipts: | $2,125,137.48 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $78,922.92 |
| Total Compensable Disbursements: | $10,075.56 | Total Compensable Disbursements: | $1,383,081.23 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,075.56 | Total Comp/Non Comp Disbursements: | $1,383,081.23 |
| Total Internal/Transfer Disbursements: | $70,000.00 | Total Internal/Transfer Disbursements: | $70,000.00 |

| Case No. | 17-52717 | | Trustee Name: | Susan L. Rhiel |
|---|---|---|---|---|
| Case Name: | HADSELL CHEMICAL PROCESSING, LLC | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***3976 | | Checking Acct #: | ******0091 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | escrow |
| For Period Beginning: | 07/01/2021 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 06/30/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/12/2021 | | Transfer From: #******0009 | Escrowed funds for attorneys' fees per Court Order | 9999-000 | $70,000.00 | | $70,000.00 |
| 08/12/2021 | (10) | Talon Title | Remaining escrowed funds from sale of real estate | 1110-000 | $363.21 | | $70,363.21 |
| 08/31/2021 | (INT) | Pinnacle Bank | Interest Deposit | 1270-000 | $5.77 | | $70,368.98 |
| 09/30/2021 | (INT) | Pinnacle Bank | Interest Deposit | 1270-000 | $8.68 | | $70,377.66 |
| 10/31/2021 | (INT) | Pinnacle Bank | Interest Deposit | 1270-000 | $7.04 | | $70,384.70 |
| 11/30/2021 | (INT) | Pinnacle Bank | Interest Deposit | 1270-000 | $4.33 | | $70,389.03 |
| 12/31/2021 | (INT) | Pinnacle Bank | Interest Deposit | 1270-000 | $4.49 | | $70,393.52 |
| 01/31/2022 | (INT) | Pinnacle Bank | Interest Deposit | 1270-000 | $4.48 | | $70,398.00 |
| 02/28/2022 | (INT) | Pinnacle Bank | Interest Deposit | 1270-000 | $4.05 | | $70,402.05 |
| 03/31/2022 | (INT) | Pinnacle Bank | Interest Deposit | 1270-000 | $4.49 | | $70,406.54 |
| 04/30/2022 | (INT) | Pinnacle Bank | Interest Deposit | 1270-000 | $4.34 | | $70,410.88 |
| 05/31/2022 | (INT) | Pinnacle Bank | Interest Deposit | 1270-000 | $14.51 | | $70,425.39 |
| 06/30/2022 | (INT) | Pinnacle Bank | Interest Deposit | 1270-000 | $15.92 | | $70,441.31 |

| | | | | **SUBTOTALS** | $70,441.31 | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 8

| Case No. | 17-52717 | Trustee Name: | Susan L. Rhiel |
|---|---|---|---|
| Case Name: | HADSELL CHEMICAL PROCESSING, LLC | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***3976 | Checking Acct #: | ******0091 |
| Co-Debtor Taxpayer ID #: | | Account Title: | escrow |
| For Period Beginning: | 07/01/2021 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 06/30/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $70,441.31 | $0.00 | $70,441.31 |
| | | | Less: Bank transfers/CDs | | $70,000.00 | $0.00 | |
| | | | Subtotal | | $441.31 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $441.31 | $0.00 | |

| For the period of 07/01/2021 to 06/30/2022 | | For the entire history of the account between 08/12/2021 to 6/30/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $441.31 | Total Compensable Receipts: | $441.31 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $441.31 | Total Comp/Non Comp Receipts: | $441.31 |
| Total Internal/Transfer Receipts: | $70,000.00 | Total Internal/Transfer Receipts: | $70,000.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

| | | |
|---|---|---|
| **Case No.** | 17-52717 | **Trustee Name:** Susan L. Rhiel |
| **Case Name:** | HADSELL CHEMICAL PROCESSING, LLC | **Bank Name:** Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***3976 | **Checking Acct #:** ******0091 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** escrow |
| **For Period Beginning:** | 07/01/2021 | **Blanket bond (per case limit):** $2,000,000.00 |
| **For Period Ending:** | 06/30/2022 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $906,244.83 | $84,824.35 | $821,420.48 |

| For the period of 07/01/2021 to 06/30/2022 | | For the entire history of the account between 08/12/2021 to 6/30/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $433,876.71 | Total Compensable Receipts: | $2,207,262.43 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $433,876.71 | Total Comp/Non Comp Receipts: | $2,207,262.43 |
| Total Internal/Transfer Receipts: | $70,000.00 | Total Internal/Transfer Receipts: | $148,922.92 |
| | | | |
| Total Compensable Disbursements: | $10,075.56 | Total Compensable Disbursements: | $1,385,841.95 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,075.56 | Total Comp/Non Comp Disbursements: | $1,385,841.95 |
| Total Internal/Transfer Disbursements: | $70,000.00 | Total Internal/Transfer Disbursements: | $148,922.92 |