**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re | : | Case No. 17-52717 |
| Hadsell Chemical Processing, LLC, | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge John E. Hoffman, Jr. |

### AMENDED NOTICE OF MOTION OF CHAPTER 7 TRUSTEE TO COMPROMISE CLAIMS AGAINST (1) LORI DAWN MEYERS, INDIVIDUALLY AND AS OWNER/BENEFICIARY OF THE LORI D. MEYERS SELF DIRECTED IRA AND ANY OF ITS APPLICABLE TRUSTEES, AND (2) CHRISTOPHER LEE YERINGTON, INDIVIDUALLY AND AS OWNER/BENEFICIARY OF THE CHRISTOPHER L. YERINGTON SELF DIRECTED IRA AND ANY OF ITS APPLICABLE TRUSTEES
### (Doc. 330)

The Chapter 7 Trustee has filed papers with the court for approval to compromise claims against Lori Dawn Meyers, individually and as Owner/Beneficiary of The Lori D. Meyers Self Directed IRA and any of its applicable Trustees, and (2) Christopher Lee Yerington, individually, and as Owner/Beneficiary of The Christopher L. Yerington Self Directed IRA and any of its applicable Trustees.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the relief sought in the Motion, **then on or before April 26, 2023,** which is the date that is 21 days after service hereof, you or your attorney must file with the court a response explaining your position by mailing your response by regular U.S. Mail to Clerk, United States Bankruptcy Court, 170 North High Street, Columbus, Ohio 43215, OR your attorney must file a response using the court's ECF system.

The court must **receive** your response on or before the date set forth above.

You must also send a copy of your response either by 1) the court's ECF System, or by 2) regular U.S. Mail to:

    United States Trustee
    170 North High Street, Suite 200
    Columbus, Ohio 43215

    Rick L. Ashton, Esq.
    Allen Stovall Neuman & Ashton LLP
    10 W. Broad St., Ste. 2400
    Columbus, Ohio 43215

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief without further notice or hearing.

Respectfully submitted,

/s/ Rick L. Ashton
Richard K. Stovall    (0029978)
Rick L. Ashton    (0077768)
James A. Coutinho    (0082430)
Tom Shafirstein    (0093752)
Allen Stovall Neuman & Ashton LLP
10 W. Broad St., Ste. 2400
Columbus, Ohio 43215
T: (614) 221-8500; F: (614) 221-5988
stovall@ASNAlaw.com
ashton@ASNAlaw.com
coutinho@ASNAlaw.com
shafirstein@ASNAlaw.com
*Counsel for Chapter 7 Trustee*